IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AUTHERINE CROSKEY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv485-MHT |
| ) | |
| BIG LOTS STORES, INC., ) | |
| ) | |
|    Defendant. ) | |

### ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to United States Magistrate Judge Charles S. Coody for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 1st day of June, 2006.

                       /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE