UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AUTHERINE CROSKEY, | ) | |
| | ) | |
|     Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | 2:06-CV-00485-MHT |
| | ) | |
| BIG LOTS STORES, INC., | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

**DEFENDANT BIG LOTS STORES, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

    Defendant Big Lots Stores, Inc., by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby files its Corporate Disclosure Statement, stating as follows:

    Big Lots, Inc. is a parent corporation of Big Lots Stores, Inc.  Big Lots, Inc. is a publicly-held corporation that owns 10% or more of Big Lots Stores, Inc.'s stock.

Respectfully submitted this 21st day of June, 2006.

                                                Stephen X. Munger  
                                                Georgia Bar No. 529611  
                                                Gregory L. Smith, Jr.  
                                                Georgia Bar No. 658369  
                                                JACKSON LEWIS LLP  
                                                1900 Marquis One Tower  
                                                245 Peachtree Center Avenue, N.E.  
                                                Atlanta, Georgia  30303-1226  
                                                Telephone:     404-525-8200  
                                                Facsimile:     404-525-1173

LOCAL COUNSEL:              /s/ Joseph T. Carpenter  
                                                Joseph T. Carpenter  
                                                Alabama Bar No. 5114C59J  
                                                CARPENTER, INGRAM & MOSHOLDER, LLP  
                                                303 Sterling Centre  
                                                4121 Carmichael Road  
                                                Montgomery, Alabama  36106  
                                                Telephone:     334-213-5600  
                                                Facsimile:     334-213-5650

                                                ATTORNEYS FOR DEFENDANT  
                                                BIG LOTS STORES, INC.

## **CERTIFICATE OF SERVICE**

I, Joseph T. Carpenter, do hereby certify I have served Plaintiff with the foregoing **DEFENDANT BIG LOTS STORES, INC.'S CORPORATE DISCLOSURE STATEMENT** by causing a copy to be sent certified mail, return receipt requested, to:

> Autherine Croskey
> 3646 Cloverdale Road
> Montgomery, Alabama  36111

This, the 21st day of June, 2006.

> /s/ Joseph T. Carpenter
> Joseph T. Carpenter