IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AUTHERINE CROSKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:06cv485-MHT |
| | ) | |
| BIG LOTS STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Now pending before the court is Attorneys Stephen X. Munger and Gregory L. Smith,

Jr.'s motion to appear pro hac vice filed on June 22, 2006.  (Doc. # 9).  Upon consideration of

the motion and for good cause, it is

ORDERED that the motion to appear pro hac vice (doc. # 9) be and is hereby GRANTED.

Attorneys Munger and Smith shall file a notice of appearance with this court. It is further

ORDERED that this matter be and is hereby set for a status and scheduling conference

on July 7, 2006, at 10:30 a.m. in Courtroom 4B, United States Courthouse Complex, One Church

Street, Montgomery, Alabama.  The plaintiff is advised that if she fails to appear as required by

this order, the court will treat the plaintiff's failure to appear as an abandonment of the claims

set forth in the complaint and as a failure to prosecute this action and the undersigned will

dismiss this action.

Done this 26th day of June, 2006.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE