# MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

**HON. CHARLES S. COODY, MAG. JUDGE**    AT    **MONTGOMERY, ALABAMA**

**DATE COMMENCED:** 7/7/06    AT    10:25 a.m. to 10:31 a.m.
**DATE COMPLETED:** 7/7/06

| | | |
|---|---|---|
| BARBARA ANN MARTIN | * | |
|     Plaintiff | * | |
| | * | |
| vs. | * | CASE NO. 2:06CV379-MEF-CSC |
| | * | |
| BIG LOTS STORES, INC. | * | |
|     Defendant. | | |

| | | |
|---|---|---|
| NICOLE TAYLOR REED | * | |
|     Plaintiff | * | |
| | * | |
| vs. | * | CASE NO. 2:06CV380-MHT-CSC |
| | * | |
| BIG LOTS STORES, INC. | * | |
|     Defendant. | * | |

| | | |
|---|---|---|
| AUTHERINE CROSKEY | * | |
|     Plaintiff | * | |
| | * | |
| vs. | * | CASE NO. 2:06CV485-MHT-CSC |
| | * | |
| BIG LOTS STORES, INC. | * | |
|     Defendant | * | |

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Ms. Barbara Martin, Pro Se | | Atty. Stephen X. Munger |
| Ms. Nicole Taylor Reed, Pro Se | | |
| Ms. Autherine Croskey, Pro se | | |

### COURT OFFICIALS PRESENT:

**COURTROOM DEPUTY:** WANDA STINSON      **LAW CLERK:** CORRIE LONG

( X ) OTHER PROCEEDINGS:    *STATUS /SCHEDULING CONFERENCE*

## SEE MINUTES ATTACHED

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED |
|---|---|---|
| **Description** | \multicolumn{2}{l|}{Status/Scheduling Conference - 06cv379-MEF-CSC; 06cv380-MHT-CSC; 06cv485-MHT-CSC} |
| **Date** | 7 / 7 /2006 | **Location** Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 10:25:40 AM | Court | Court convenes; parties presented as noted; Hearing on 3 separate cases; Discussion as to plaintiff's getting lawyers; |
| 10:26:20 AM | Ms. Croskey | Response as to getting a lawyer; will met with one on next Tuesday; |
| 10:26:26 AM | Court | Questions to other plaintiffs re: getting a lawyer; |
| 10:26:28 AM | Ms. Reed | Response; All will meet with a lawyer on Tuesday; |
| 10:26:53 AM | Court | Plaintiffs encouraged to seek counsel; Discussions regarding discovery in the case; Will delay entering an order until the end of next week for discovery; |
| 10:31:10 AM | Court | Court is recessed. |