UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AUTHERINE CROSKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| BIG LOTS STORES, INC., | ) | 2:06-CV-00485-MHT |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**CERTIFICATION OF GOOD FAITH EFFORTS TO CONFER**

Pursuant to FED. R. CIV. P. 37(a)(2)(B), I hereby certify that, prior to filing the foregoing Motion to Compel and supporting memorandum, I in good faith attempted to confer with Plaintiff regarding her failure to provide responses to Big Lots' First Set of Interrogatories and First Requests for Production. Specifically, I sent Plaintiff a letter via certified mail and Federal Express overnight delivery, and I also requested Plaintiff's responses by phone. The foregoing documents were filed on behalf of Big Lots only after my efforts to obtain Plaintiff's delinquent discovery responses without Court action failed.

_____
Gregory L. Smith, Jr.
Georgia Bar No. 658369