**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 12, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Croskey v. Big Lots Stores, Inc.
**Case Number:** 2:06-cv-00485-MHT

**This Notice of Correction was filed in the referenced case this date to correct the main PDF motion document and the memo in support attachment previously attached by E-Filer.**

**The corrected PDF documents are attached to this notice for your review.  Reference is made to document # 14   filed on    October 11, 2006.**