UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTHERINE CROSKEY, ) | |
| ) | CIVIL ACTION NO. |
| Plaintiff, ) | |
| ) | 2:06-CV-00485-MHT |
| v. ) | |
| ) | |
| BIG LOTS STORES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT BIG LOTS STORES, INC.'S MOTION TO COMPEL**

For the reasons set forth in the accompanying memorandum, Defendant Big Lots Stores, Inc. ("Big Lots") hereby moves this Court to issue an order compelling Plaintiff Autherine Croskey ("Plaintiff") to respond to Big Lots' First Set of Interrogatories and First Requests for Production. Big Lots also asks that Plaintiff be required to pay all expenses incurred by Big Lots in preparing and filing this Motion and supporting memorandum, including attorneys' fees.

Respectfully submitted this 11th day of October, 2006.

                              Stephen X. Munger
                              Georgia Bar No. 529611
                              Gregory L. Smith, Jr.
                              Georgia Bar No. 658369
                              JACKSON LEWIS LLP
                              1900 Marquis One Tower
                              245 Peachtree Center Avenue, N.E.
                              Atlanta, Georgia  30303-1226
                              Telephone:     404-525-8200
                              Facsimile:      404-525-1173


LOCAL COUNSEL:               /s/ Joseph T. Carpenter
                              Joseph T. Carpenter
                              Alabama Bar No. 5114C59J
                              CARPENTER, INGRAM & MOSHOLDER, LLP
                              303 Sterling Centre
                              4121 Carmichael Road
                              Montgomery, Alabama  36106
                              Telephone:     334-213-5600
                              Facsimile:      334-213-5650

                              ATTORNEYS FOR DEFENDANT
                        BIG LOTS STORES, INC.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTHERINE CROSKEY, | ) |
| | ) CIVIL ACTION NO. |
| Plaintiff, | ) |
| | ) 2:06-CV-00485-MHT |
| v. | ) |
| | ) |
| BIG LOTS STORES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify I have served Plaintiff with the foregoing **DEFENDANT BIG LOTS STORES, INC.'S MOTION TO COMPEL** by causing a copy to be sent via certified mail, return receipt requested, to:

> Autherine Croskey
> 3646 Cloverdale Road
> Montgomery, Alabama  36111

This 11th day of October, 2006.

> /s/ Joseph T. Carpenter
> Joseph T. Carpenter
> Alabama Bar No. 5114C59J

Big Lots/Croskey
Formal Papers
Z:\6769\EFILING\Croskey\GLS Motion to Compel.doc