UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTHERINE CROSKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| BIG LOTS STORES, INC., | ) 2:06-CV-00485-MHT |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT BIG LOTS STORES, INC.'S MOTION FOR RECONSIDERATION**

For the reasons set forth below, Defendant Big Lots Stores, Inc. ("Big Lots") hereby moves this Court to reconsider its Order of October 13, 2006 (Doc. 16), in which the Court denied Big Lots' Motion to Compel (Doc. 14). Big Lots again asks the Court to issue an order compelling Plaintiff Autherine Croskey ("Plaintiff") to respond to Big Lots' First Set of Interrogatories and First Requests for Production. Big Lots also asks that Plaintiff be required to pay all expenses incurred by Big Lots in preparing and filing its Motion to Compel and supporting memorandum, including attorneys' fees.

In support of this Motion, and as further discussed in Big Lots' Memorandum in Support of its Motion to Compel (Doc. 14), Big Lots states:[1]

1. Big Lots first served Plaintiff with its First Set of Interrogatories and First Requests for Production on July 25, 2006. Plaintiff's responses to Big Lots' discovery were due within thirty days after service, on or before August 28, 2006.

---

[1] Big Lots filed supporting exhibits with its Motion to Compel.

1

2. Big Lots again served Plaintiff with its First Set of Interrogatories and First Requests for Production via United States mail on August 16, 2006, and via hand-delivery on August 20, 2006.

3. When Plaintiff had not served her discovery responses by September 21, 2006, counsel for Big Lots sent Plaintiff a letter via certified mail and Federal Express overnight delivery advising her that her discovery responses were untimely and that Big Lots would file a motion to compel or motion to dismiss with the Court if Big Lots' counsel did not receive her responses or otherwise hear from her by September 28, 2006.

4. Big Lots' counsel also spoke with Plaintiff via telephone on September 28, 2006.

During this teleconference, Plaintiff agreed to provide defense counsel with her responses to Big Lots' First Set of Interrogatories and First Requests for Production on or before October 4, 2006.

5. To date, however, Plaintiff has not served Big Lots with her responses to Big Lots' First Set of Interrogatories and First Requests for Production.

6. Pursuant to FED. R. CIV. P. 37(a)(2)(B), Big Lots filed a Certification of Good Faith Efforts to Confer with its Motion to Compel. The document certifies that defense counsel sent Plaintiff a good faith letter via certified mail and Federal Express overnight delivery and also requested Plaintiff's responses by phone. Big Lots' Motion to Compel was filed only after defense counsel's multiple efforts to obtain Plaintiff's discovery responses without Court action failed.

For the foregoing reasons, Big Lots asks the Court to reconsider its Order of October 13

and issue an order compelling Plaintiff's responses to Big Lots' First Set of Interrogatories and First Requests for Production. Further, Big Lots respectfully asks that Plaintiff be required to pay all expenses incurred by Big Lots in preparing and filing its Motion to Compel and supporting memorandum, including attorneys' fees.

Respectfully submitted, this 19th day of October, 2006.

                Stephen X. Munger
                Georgia Bar No. 529611
                Gregory L. Smith, Jr.
                Georgia Bar No. 658369
                JACKSON LEWIS LLP
                1900 Marquis One Tower
                245 Peachtree Center Avenue, N.E.
                Atlanta, Georgia 30303-1226
                Telephone:   404-525-8200
                Facsimile:    404-525-1173

LOCAL COUNSEL:        /s/ Joseph T. Carpenter
                Joseph T. Carpenter
                Alabama Bar No. 5114C59J
                CARPENTER, INGRAM & MOSHOLDER, LLP
                303 Sterling Centre
                4121 Carmichael Road
                Montgomery, Alabama 36106
                Telephone:   334-213-5600
                Facsimile:    334-213-5650

                ATTORNEYS FOR DEFENDANT
                BIG LOTS STORES, INC.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTHERINE CROSKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| BIG LOTS STORES, INC., | ) 2:06-CV-00485-MHT |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify I have served Plaintiff with the foregoing **DEFENDANT BIG LOTS STORES, INC.'S MOTION FOR RECONSIDERATION** by causing a copy to be sent via certified mail, return receipt requested, to:

> Autherine Croskey
> 3646 Cloverdale Road
> Montgomery, Alabama  36111

This 19th day of October, 2006.

> /s/ Joseph T. Carpenter
> Joseph T. Carpenter
> Alabama Bar No. 5114C59J

Big Lots/Croskey
Formal Papers
Z:\6769\efiling10.19.06\GLS Motion for Reconsideration.doc