UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 NOV -6  P 1: 29

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

AUTHERINE CROSKEY,

Plaintiff,

v.                                                CIVIL ACTION NO.

BIG LOTS STORES, INC.,                            2:06-CV-00485-MHT

Defendant,

PLAINTIFF REQUEST FOR CONTINUANCE

I (Autherine Croskey-Plaintiff) in the above referenced Civil Action hereby submit to the Court This Request and ask that this action be Continued due to the following reasons.

1. With reference to Defendant's Motion to Compel (doc. # 16), I hereby state that I have complied with Big Lots' request for First Set of Interrogatories and attachments that were sent VIA FAX to Defendants Attorney of Record, Jackson Lewis LLP, to the attention of Mr. Gregory Smith on November 03, 2006, a Copy of which is attached for the Court's record.

2. On October 6, 2006, I(Autherine Croskey-Plaintiff) called Big Lots' Attorney Mr Gregory Smith to advise him that I am available for the scheduling of a Deposition. I never received a call From Mr. Smith or any other representative of their firm. A message was left with an Assistant Named either Judy or Julie in which I gave her my Name, Phone Number and time to call back.

2. Due to my (Plaintiff) being in compliance with Defendants requests, and in compliance with The Court Order dated October 20, 2006 I hereby ask the Court to allow this Action to continue And that all fees and expenses remain with the Defendant Big Lots Stores, Inc.

Request For Continuance

Certificate of Service

I hereby certify this 6 day of Nov, 2006 a copy of this Request For Continuance (title of the document), was mailed, postage prepaid, to (Name and address of the attorney or person to whom you sent it).

Mr. Greogery Smith
1900 Marquis One Tower
245 Peachtree Center Ave. N.E.
Atlanta, Georgia, 30303-1226

(your Signature
mrs. Authrine Crockey
3646 Cloverdale Rd
Montgomery, Ala 36111
334-281-1397