November 3, 2006

Jackson-Lewis LLP                              *****VIA FAX*****
Attn: Mr Stephen Munger
1900 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1226


FROM: Autherine Croskey
RE: Civil Action No. 2:06-CV-00485
     Autherine Croskey vs Big Lots Stores, Inc.

Dear Mr Munger,
     Please find enclosed my response to Big Lot's Stores, Inc., First Set of Interrogatories and
First Requests for Production of Documents. A copy of which will forwarded to the office of
Joseph T. Carpenter, Carpenter, Ingram & Mosholder, LLP, Montgomery, Alabama. I apologize
For the delay and am looking forward to working with you to resolve this matter.


Sincerely,

*Autherine Croskey*

Autherine Croskey

Attachments: 1, 2, and 3
(Ref. Int / 6)

RESPONSE: INTERROGATORY NO. 1:

The following addresses are listed in order from present to past order, some dates are approximate

And listed with my best ability to recall them.

1.  3646 Cloverdale Road, Montgomery, Al 36111 – 2/02 to Present

2.  3124 Ravenwood Drive, Montgomery, Al 36116 – 11/00 to 12/01

3.  3345 Brookwood Drive, Montgomery, Al 36116 – 10/99 to 11/00

4.  3107 Quenby Ct., Montgomery, Al 36116 – 10/98 to 10/99

5.  617 Bowman Street, Montgomery, Al 36105 – 1/90 to 10/98


RESPONSE: INTERROGATORY NO. 2:

The following information listed is the only high school I attended, no other higher education

Or training completed.

1.  Sidney Lanier High School
    1756 South Court Street
    Montgomery, Al 36104
    1972-1974

RESPONSE: INTERROGATORY NO. 3

Prior employment before Big Lot's is as listed:

1.  T.J. Maxx Department Store
    2741 Eastern Bypass
    Montgomery, Al 36117
    Job: Receiving/Stocking/Department Lead
    4/89 to 5/97

2.  Alagold Products
    Bell St. and Court Street Locations-COMPANY CLOSED
    Montgomery, Al
    7/79 to 3/89 – Machine Operator and Production Worker

UNABLE TO RECALL PAY INFORMATION DUE TO LENGTH OF TIME SINCE BEING
EMPLOYED BY THESE COMPANIES

RESPONSE:   INTERROGATORY NO. 4

Wal-Mart Supercenter-334-223-7161
Ann Street
Montgomery, Al 36107
Position: Cashier/Greeter-Rate of pay $8.60 includes pay increase 10/06, Date of hire 6-27-06
To present.

RESPONSE:   INTERROGATORY NO. 5

ViscoFan Manufacturing
Hope Hull, Al – applied in 5/06 for production position

Dollar General Store- 504 E. Patton Ave., Montgomery, Al. 36111-position applied for Cashier
Unable to recall date of application

Calhoun Foods-528 E. Patton Ave., Montgomery, Al. 36111-position applied for Cashier, unable
To recall date of application

RESPONSE:   INTERROGATORY NO. 6

Baptist Hospital South-2105 E.So. Blvd., Montgomery, Al. 36111, Anxiety attack caused by stress
Due to actions of Big Lot's.

RESPONSE:   INTERROGATORY NO. 7

Lister Hill Medical Center – 1000 Adams Ave., Montgomery, Al 36104, Dr Corazon Mulles M.D.
Annual physical, pap smear test, and mammogram.

RESPONSE:   INTERROGATORY NO. 8

Norvac-5mg., Cardizon LA 240mg, HCTZ 25mg., KIOR-CON 8mg., HemaTinic plus tablet.

RESPONSE:   INTERRGATORY NO. 9

Chapter 13 – can not recall year:  Chapter 7 – Discharged 1998

RESPONSE:   INTERROGATORY NO. 10

***NONE***

RESPONSE:   INTERROGATORY NO. 11

Attorney Gary Atchison, former Big Lot's employees Nicole Reed, Lola Abner, Barbara Martin,
Attorney Jay Lewis. Dates of conversations began in March 2005 thru present.

RESPONSE: INTERROGATORY NO. 12

1. The following incidents occurred : During the 2nd week of March, 2005, I was working in the

Toy department when Assistant Manager Mike Williams approached me with a screw in his hand

Asking me "Do you(me) want to screw", a slang term for a sex act. Not liking what Mr Williams

Said and feeling uncomfortable around him, I left immediately and reported his statement to Store

Manager Jerry Culpepper. It took Mr Culpepper approximately 30 minutes to come to the area of

The store where I was working because he was working at or near the service desk. At that time

Mr. Williams came over to us and made the statement to me "Do you(me) want any Jerry "Beads"

A phrase used on the "Jerry Springer TV Show" whereby ladies that expose their breast receive

A string of beads. Mr Culpepper asked Mr Williams what were Jerry Beads, not liking their

Conversation I departed the area. To my knowledge no action taken by Mr Culpepper.

RESPONSE: INTERROGATORY NO. 13

Statements relevant to this litigation were taken by Attorney Gary Atchison from Nicole Reed,

Lola Abner, and Barbara A. Martin on or about June 9, 2005.

RESPONSE: INTERROGATORY NO. 14

Nicole Reed, Lola Abner, Barbara A. Martin all have knowledge of the allegations and have made

Statements that are on file with Attorney Gary Atchison.

RESPONSE: INTERROGATORY NO. 15

Nicole Reed and Lola Abner will testify about the conduct of Store Manager Jerry Culpepper, and

Assistant Managers Billy Pridgett and Mike Williams concerning statements made by each that

Will be pertinent to this case.

RESPONSE: INTERROGATORY NO. 16

1.   A copy of an Agreement To Employ Counsel dated June 9, 2005, by Attorney Gary Atchison

For legal services in connection with the initial complaint being filed with EEOC, in which my

Part of the fee was $375.00-Three Hundred Seventy Dollars and No Cents. Seek relief for these

Fees in the same amount.

4

2.    A copy of a Page with Photographs created by Assistant Manager Mike Williams dated

March 30, 2005 on which I am depicted as a Clown, and also with my picture inside the

Circle part of a fake $100.00 bill that is titled "THE BOGUS STATES OF AMERICA", with

The wording "THIS PERSON IS AS BOGUS AS THIS NOTE". This photo is very demeaning,

Appears to be racist in nature, and the photos were obtained by Assistant Manager Mike Williams

From employee files without approval by Manager Jerry Culpepper and used illegally.

3.    A copy of the US EEOC Form 161, dated May 5, 2006, with attachments to include a

Charge of Discrimination, with Exhibits A and B.

RESPONSE:  INTERROGATORY NO. 17

NONE

RESPONSE:  INTERROGATORY NO. 18

NONE

RESPONSE:  INTERROGATORY NO. 19

Due to the unlawful conduct by Big Lot's, I request the following amount a total of $150,000.00

ONE HUNDRED FIFTY THOUSAND DOLLARS. This includes $100,000.00 due to being

Subjected to a racially and sexually hostile work environment created and caused by management.

$49,675.00 due to Stress and Anxiety which resulted in my being hospitalized for approximately

one week at Baptist South Hospital, Montgomery, Al.  $375.00 for the recovery of legal fees paid

as my part to obtain counsel with regards to this matter.

I consider this amount small, and used the formula as follows: If I had remained and employee

With Big Lot's for the next 10 years without being subjected to such treatment as charged, I would

Have earned approximately $150,000.00.

All information furnished in this document is true and to the best of my knowledge.

_Autherine Croskey_
Autherine Croskey

Sworn/To and Subscribed Before Me.

This _3rd_ Day of November, 2006

My Commission Expires 8-13-2008

*16-1*

## AGREEMENT TO EMPLOY COUNSEL

**TO:**    Gary E. Atchison
492 South Court St.
P.O. Box 2002
Montgomery, AL 36102-2002

**RE:** *Nicole T. Reed, Authorine Croskey, Barbara A. Martin, and Lola M. Abner VS Big Lots Stores Inc Sexual, Racial Discrimination/harassment EEOC Representation (non litigation)*

You are hereby employed to perform all necessary legal and related services in connection with this matter.

*N.A.* [ ]    At fees based on time, effort, and services rendered at an hourly rate of $ _____ for out-of-court-work, and of $ _____ for in-court work and representation.

*NA* [ ]    Total fees are projected at approximately $ _____.

[ ]    Fees will not be less than $ *1500* as a retainer. *See below.*

[ ]    On a contingent basis of *40* percent of all amount recovered before suit is filed, or *NA* percent of all amounts recovered after suit if filed but before trial is held or begun, and of *NA* percent of all amount recovered after trial is begun or held. *See below*

*Paid $1500⁰⁰* [ ]    Terms of payment are as follows: *The above clients agree to pay the total retainer of $1500⁰⁰ for EEOC representation or 40% of all amounts recovered, whichever is greater.*

*NA* [ ]    Additional provisions: _____

[ ]    Client to pay a court cost deposit of $ _____.

[ ]    Client to pay attorney $ _____ to be held in trust or escrow for payment of litigation expenses.

*GEA* ~~The undersigned hereby agrees to pay all expenses and disbursements reasonably necessary to the proper performance of said legal services, and hereby gives said attorney a lien on any claim or cause of action that may be described above or arise out of the above matter, and on the funds realized by settlement or recovered by judgement, as security for the payment of said compensation and such expenses and disbursements as may be advanced by said attorney. Client is responsible for court costs, Marshal's fees, or Sheriff's fees.~~

No representation has been made as to the outcome of this case, nor has the attorney made any representation as to the amount of the award.

**DONE this** *9th* **day of** *June,* 20*05*.

_____
**Attorney**

*Authorine Croskey*
**Client** *Barbara Martin*
Client *Lola Abner*
Client *Nicole Reed*

16-2

























3/30/05

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | | | |
|---|---|---|---|
| To: | Autherine Croskey<br>3646 Cloverdle Road<br>Montgomery, AL 36111 | From: | Birmingham District Office - 420<br>Ridge Park Place<br>1130 22nd Street, South<br>Birmingham, AL 35205 |

☐    *On behalf of person(s) aggrieved whose identity is*
    *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 130-2005-06801 | **Wonder I. Osborne,**<br>**Investigator** | **(205) 212-2135** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐    Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐    While reasonable efforts were made to locate you, we were not able to do so.

☐    You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____

**Bernice Williams-Kimbrough,**
**District Director**

*May 5, 2006*
(Date Mailed)

Enclosures(s)

cc:
Sharon Abrahs
Manager, Associate Relations
BIG LOTS
3543 West Thunderbird Rd
Phoenix, AZ 85053

Gary E. Atchison
P.O. Box 2002
Montgomery, AL 36102

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act ... See Privacy Act Statement before completing this form.

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| [ ] | EPA | 13020050680l |
| [X] | EEOC | |

_____ and EEOC

State or local Agency, if any

16-3

| NAME (indicate Mr., Ms., Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| Ms. Autherine Croskey | (334)281-1397   cell:294-3221 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 3646 Cloverdale Rd. | Montgomery, AL 36111 | 2-13-56 |

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)**

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include Area Code) |
|---|---|---|
| Big Lots Stores, Inc. | Over 500 | (614)278-6800 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 300 Phillipi Road | Columbus, Ohio 43228 | Franklin |

| NAME | TELEPHONE NUMBER (include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| [X] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] AGE<br>[ ] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify) | EARLIEST   LATEST<br>March 28-30, 2005<br>[X] CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See attached exhibits A and B.

SEP 16 2005

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | Velota C. Bolling |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Autherine Croskey<br><br>Date 9-12-05   Charging Party (Signature) | SIGNATURE OF COMPLAINANT<br><br>Autherine Croskey<br><br>SUBSCRIBED AND SWORN TO BEFORE ME ON THIS DATE (DAY, MONTH, AND YEAR)<br>Sept 12, 2005 |

EEOC FORM 5 (Rev. 10/94)

*16-3*

**Before the Equal Employment Opportunity Commission**
**Birmingham District Office**
**Birmingham, Alabama**

| | |
|---|---|
| Autherine Croskey, | ) |
| | ) |
|     Charging Party, | ) |
| | )   **Charge #** |
| v. | ) |
| | ) |
| Big Lots Stores, Inc., | ) |
| | ) |
|     Respondent, | ) |

SEP 1 9 2005

**Exhibit A**

That Charging Party, Autherine Croskey, is a Black or African American female, over the age of nineteen, that was and is an employee of Big Lots Stores, Inc., Store 818 of Montgomery, Alabama during March 2005. (See associated cases of Nicole Taylor Reed, Barbara Martin and Lola Mae Abner).

That said Charging Party was supervised on March 28-30, 2005 by Michael Williams, a White or Caucasian male associate store manager and Jerry Culpepper, a White or Caucasian male, store manager. On said dates the Charging Party was subjected to race and sex discrimination and or a racially and sexually hostile environment at Big Lots, Store 818 in Montgomery, Alabama by acts of Michael Williams et al. in which he subjected said African American female employee to sexual and racial discrimination, and sexual and racial harassment by his ridicule, etc. of the Charging Party by using photographs, cartoon type pictures and captions that were defaming, intrusive and invasive of privacy and were racially and sexually harassing, etc. as per Exhibit B, attached, etc.

That management at Big Lots, Inc., Store 818, furthermore during the last 180 days has made many comments and statements of a racially and sexually harassing nature toward, about,

*16-3*

and to the Charging Party which has made it very difficult for her to accomplish her job assignments.

That on or about March 14, 2005 Mike Williams, a white male, the Associate Manager sexually discriminated and harassed me by sexually propositioning me by asking me "do you want to screw." When he made this statement he held in his hand a small metal screw.

That same day Mr. Williams made comments involving my breasts. He asked me "do you want some Jerry [Springer] beads." I was greatly offended at the comment because I knew that he was referencing the Jerry Springer show's efforts to get women to expose their breasts by giving them some "Jerry beads."

Also in early March 2005 Mr. Williams, while standing next to me made a racial and sexual remark when another woman went by, "I aint never seen a white woman with a real big butt."

That at approximately mid May 2005, Billy Pridgett, Assistant Manager, without my permission, put his arms around me and attempted to kiss me, saying "give me some sugar baby" when I was being forced up against the wall by him despite the fact I asked him to move more than once.

Mr. Pridgett, approximately late May 2005, in the back room one Thursday intentionally rubbed his body up against me with the front of his body below the waist rubbing up against my rear.

That Mr. Pridgett in mid June, on a truck day, when I was sitting relaxed on break in the back room, got close in my face and made an offensive circling motion with his lips near my lips and blew his breath in my face as he did that stating that was what his wife liked

2

*16 - 9*

That said race and sex discrimination and or said racially and or sexually hostile environment has substantially damaged the Charging Party by her having to experience mental anguish, damage to her reputation, lost wages, attorneys fees and costs, etc.

SEP 1 9 2005



**Lola Abner**

CSS

888429

Store 818



Ms. Martin
Cashier
021709
Store 818



**Nicole Taylor**

Cashier

194649

Store 818



**Mrs. Crosky**

Stocker

948132

Store 818



3/29/05

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                    TIME  : 11/03/2006 15:37
                                    NAME  : MAX FED CREDIT
                                    FAX#  : 334
                                    TEL#  : 334-260-2600
                                    SER.# : 000005040192
```

```
┌────────────────────────────────────────────────────────────────────┐
│                                                                      │
│   DATE,TIME                         11/03  15:33                      │
│   FAX NO./NAME                      14045251173                       │
│   DURATION                          00:04:18                          │
│   PAGE(S)                           15                                │
│   RESULT                            OK                                 │
│   MODE                              STANDARD                          │
│                                     ECM                               │
│                                                                      │
└────────────────────────────────────────────────────────────────────┘
```

3646 Cloverdale Road, Montgomery, Al.
36111 [██████████████████]

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | Jackson-Lewis, Attorneys at Law | **Fax:** | 404-525-1173 |
| **From:** | Autherine Croskey | **Date:** | 11/03/06 |
| **Re:** | Civil Action No. 2:06-CV-00485 | **Pages:** | 15 w/cover |
| **CC:** | Gregory L. Smith | | |

x Urgent    x For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Certicate OF Service

I hereby Certify this 6 day of Nov, 2006 a Copy of this First set of Interrogatories was mailed, postage prepaid to (Name and address of the attorney or person to whom you sent it).

Mr. Gregory Smith
1900 Marquis One Tower
245 peachtree Center Ave. N.E.
ATLanta, Georgia. 30303-1226

your Signature
Mrs. Authene Crosley
3646 Cloverdale Rd
Montgomery, Ala. 36111
334 281-1397

DATE: 6 November, 2006

TO: Jackson Lewis LLP
    Attn: Mr Gregory Smith
    1900 Marquis One Tower
    245 Peachtree Center Avenue, NE.
    Atlanta, Georgia 30303-1226

FROM: Autherine Croskey
      3646 Cloverdale Road
      Montgomery, Al 36111

RE: CIVIL ACTION NO.- 2:06-00485-MHT
    Autherine Croskey-Plaintiff  v   BIG LOTS STORES, INC.

Dear Mr. Smith,

    Please find enclosed a copy of my REQUEST FOR CONTINUANCE filed on today with the Court as

Required.

Thank You,

*[signature]*

Autherine Croskey

*3646 Cloverdale Rd*
*Montgomery, Ala. 36111*
*334-281-1397*