IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTHERINE CROSKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:06cv485-MHT |
| | ) |
| BIG LOTS STORES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the defendant's motion to compel request for production and the plaintiff's motion for continuance.  Upon consideration of the motions and for good cause, it is

ORDERED that the motions be and are hereby set for oral argument on December 7, 2006, at 10:0 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The plaintiff is advised that if she fails to appear as required by this order, the court will treat the plaintiff's failure to appear as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will dismiss this action.

Done this 17th day of November, 2006.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE