RECEIVED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 DEC -5  P 4: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| AUTHERINE CROSKEY | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 2:06-CV-00485-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| BIG LOTS STORES, INC. | ) | |
| | ) | |
| Defendant | ) | |

PLAINTIFF AUTHERINE CROSKEY'S RESPONE TO DEFENDANT
BIG LOTS STORES, INC., REQUEST FOR FIRST PRODUCTION

Plaintiff, Autherine Croskey hereby acknowledges to the Court that requested First Reproduction

of Documents has been forwarded to Defendant's counsel of record Jackson Lewis LLP, on this

20th day of November 2006 by FAX to phone number 404-525-1173. The counsel for defendant

requested this information with a deadline of 20 November 2006 which Plaintiff has complied with.

Documents were faxed in the order of each Respone from 1-19.

COPIES OF THESE DOCUMENTS WILL ALSO BE FORWARDED BY CERTIFIED USPS MAIL.

Done this ~~20th~~ 5th Day ~~of November~~ Dec 2006,

Autherine Croskey----Plaintiff

20 November 2006

VIA FACISIMILE
AND CERTIFIED USPS MAIL

Mr Gregory L. Smith Jr.
Jackson Lewis LLP
1900 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303-1226

Re:  Autherine Croskey v. Big Lots Stores, Inc.;<br>Civil Action No. 2:06-CV-00485

Dear Mr Smith,

   the requested First Request for Production of Documents is hereby forwarded. The infromation

is in order according to Responses. I apologize for the delay and look forward to working with you

to resolve this matter.

Thanking You,

*Autherine Croskey*

Autherine Croskey

REPSONSE:  Request No.1:  Two Photographs one on which I am depicted as Clown and on a

Bogus 100 Dollar Bill, showing that I am "As Bogus as This Note"

RESPONSE:  Request No. 2.  No Documentation available.

RESPONSE:  Request No. 3:  No doucmentation available due to time span since being employed

by T.J.Maxx Department Store and Alagold Products which closed in approximately

1999.

RESPONSE:  Request No. 4:  Presently employed by Wal-Mart Stores, Ann Street, Montgomery,

Alabama. All other applications seeking employment with other companies were on

hard copy applications. No personal copies were kept.

RESPONSE:  Request No. 5:  PLEASE SEE STATEMENT IN ANSWER TO No. 4'

RESPONSE:  Requests No's 6-9 to be forwarded on 21 November 2006.


RESPONSE:  Request No's 10-13 information if available will be forwarded on 21 November 2006

RESPONSE:  Request No 14:  See Attachments

RESPONSE:  Request No 15:  Information to be forwarded 21 November 2006

RESPONSE:  Request No's 16-19 Information as available will be forwarded on 21 November 2006


Done this 20th Day of November 2006

Autherine Croskey



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street, Suite 2000
Birmingham, AL 35205
(205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2105

Our Reference:
Charge No. 130-2005-05216

Autherine Croskey
3646 Cloverdale Rd.
Montgomery, AL 36111

Dear Ms. Croskey:

As indicated by the Dismissal and Notice of Rights which accompanies this letter, the referenced charge of discrimination has been dismissed by this agency.

From the facts you presented in the attachment to your charge of discrimination, we will not conclude that the photographs and illustrations constitute a racially and sexually hostile work environment as contemplated in Title VII of the Civil Rights Act of 1964, as amended. There may be an odd demonstration of someone's sense of humor, but this would not constitute discrimination as defined by the statute.

At this time, therefore, the Commission will exercise its statutory and procedural authority to determine jurisdiction and the scope or extent of its investigations. This authority is described in the Commission's Procedural Regulations at 29 CFR 1601.18(a) which states:

> *Where a charge on its face, or as amplified by the statements of the person claiming to be aggrieved discloses, or where after investigation the Commission determines that the charge and every portion thereof is not timely filed, or otherwise fails to state a claim under Title VII or the ADA (Americans with Disabilities Act), the Commission shall dismiss the charge.*

The Commission's Dismissal and Notice of Rights is enclosed. The notice provides you with the opportunity to pursue your claim against the employer named in the charge in Federal court if you disagree with the Commission's interpretation of the facts or the applicable law. Should you decide to pursue the claim, you must do so within 90 days from the date you receive the Dismissal and Notice of Rights.

Sincerely,

*Allen Gosa*

Allen Gosa
Enforcement Supervisor

6-29-05
_____
Date

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| [ ] | FEP | 130 2005 05216 |
| [X] | EEOC | |

and EEOC

State or local Agency, if any

| NAME (indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include area code) |
|---|---|
| Ms. Autherine Croskey | (334)281-1397   cell:294-3221 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 3646 Cloverdale Rd. | Montgomery, AL 36111 | 2-13-56 |

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)**

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Big Lots Stores, Inc. | Over 500 | (614)278-6800 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 300 Phillipi Road | Columbus, Ohio 43228 | Franklin |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE EARLIEST    LATEST |
|---|---|
| [X] RACE    [ ] COLOR    [X] SEX    [ ] RELIGION    [ ] AGE [ ] RETALIATION    [ ] NATIONAL ORIGIN    [ ] DISABILITY    [ ] OTHER (Specify) | March 28-30, 2005 [ ] CONTINUING ACTION |

**THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):**

See attached exhibits A and B.

RECEIVED
EEOC

JUN 2 3 2005

BIRMINGHAM DISTRICT OFFICE

MY COMMISSION EXPIRES JUNE 18, 2007

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | Claudia J. Mitchell |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
|---|---|
| Autherine Croskey | Autherine Croskey |
| Date 6-16-05   Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS DATE (DAY, MONTH, AND YEAR) June 16, 2005 |

EEOC FORM 5 (Test 10/94)

*14*

**Before the Equal Employment Opportunity Commission**
**Birmingham District Office**
**Birmingham, Alabama**

| | |
|---|---|
| Autherine Croskey, | ) |
| | ) |
|     Charging Party, | ) |
| | ) |
| | )    Charge # |
| v. | ) |
| | ) |
| Big Lots Stores, Inc., | ) |
| | ) |
|     Respondent. | ) |

RECEIVED
EEOC

JUN 2 9 2005

BIRMINGHAM DISTRICT OFFICE

**Exhibit A**

That Charging Party, Autherine Croskey, is a Black or African American female, over the age of nineteen, that was and is an employee of Big Lots Stores, Inc., Store 818 of Montgomery, Alabama during March 2005. (See associated cases of Nicole Taylor Reed, Barbara Martin and Lola Mae Abner).

That said Charging Party was supervised on March 28-30, 2005 by Michael Williams, a White or Caucasian male associate store manager and Jerry Culpepper, a White or Caucasian male, store manager. On said dates the Charging Party was subjected to race and sex discrimination and or a racially and sexually hostile environment at Big Lots, Store 818 in Montgomery, Alabama by acts of Michael Williams et al. in which he subjected said African American female employee to sexual and racial discrimination, and sexual and racial harassment by his ridicule, etc. of the Charging Party by using photographs, cartoon type pictures and captions that were defaming, intrusive and invasive of privacy and were racially and sexually harassing, etc. as per Exhibit B, attached, etc.

That management at Big Lots, Inc., Store 818, furthermore during the last 180 days has made many comments and statements of a racially and sexually harassing nature toward, about,

and to the Charging Party which has made it very difficult for her to accomplish her job assignments.

That said race and sex discrimination and or said racially and or sexually hostile environment has substantially damaged the Charging Party by her having to experience mental anguish, damage to her reputation, lost wages, attorneys fees and costs, etc.

RECEIVED
EEOC

JUN 2 8 2005

BIRMINGHAM DISTRICT OFFICE

# Law Office of
# Attorney

## GARY E. ATCHISON

Telephone (334) 262-7232

P.O. Box 2002
492 South Court Street
Montgomery, Alabama 36102-2002

January 30, 2006

Equal Employment Opportunity Comm.
C/O Murry A. Gosa, Intake Supervisor
Ridge Park Place- Ste 2000
1130 22nd St South
Birmingham, AL 35205

Re: Filing Autherine Croskey Amended EEOC Charge Number 130-2005-06801

Dear Sir:

Please find enclosed the Amended EEOC Charge which alleges retaliatory discharge by her former employee, Big Lots, for Autherine Croskey.

Please feel free to directly contact my client to investigate her claims as the need arises or else contact my office should the EEOC need my assistance.

Sincerely,

Gary E. Atchison
Attorney for
Autherine Croskey

Enclosures: Amended EEOC Charge
cc: Autherine Croskey

**Before the Equal Employment Opportunity Commission**
**Birmingham District Office**
**Birmingham, Alabama**

| | |
|---|---|
| Autherine Croskey, | ) |
| | ) |
|     **Charging Party,** | ) |
| | )    **Charge # 130-2005-06801** |
| **v.** | ) |
| | ) |
| Big Lots Stores, Inc., | ) |
| | ) |
|     **Respondent.** | ) |

**Amendment to EEOC Charge #130-2005-06801**
**Alleging Retaliation, Etc.**

I, Autherine Croskey of 3646 Cloverdale Road, Montgomery, Alabama hereby alleges

and files an amended EEOC Charge to my ongoing case, Charge No. 130-2005-06801.

That on September 19, 2005 in the afternoon after prior incidents of sexual harassment

and my rejection of the same, Manager Billy Pridgen put his arm around me and tried to kiss me.

I pushed away from him and he then said, "are you mad at me?"  That incident occurred just days

after he had earlier put his arm around me, and I had pulled away from him and he then had said

"you don't want me to put my arm on you."

That during an October 2005 store meeting the employees of my store were told by

management that the store would soon close, but that the latest hires would be laid off first.

On December 23, 2005 I was told by Billy Pridgen I was "let go" (terminated).  No

explanation at that time was given to me why I was terminated except Mr. Pridgen said I was on

the "list" and that the store was closing.  However, several employees of my store, who had never

filed EEOC charges or who had never engaged in protected activity, were not terminated.  All of

those similarly situated employees had far less than my nine (9) years of experience, and none

had ever filed EEOC charges against Big Lots.

I hereby allege that I have now been subjected to further discrimination, hostile environment and now a retaliatory termination by my employer, since the date of my original EEOC Charge. I hereby seek reinstatement, back pay, etc., compensatory damages for mental anguish, etc., and attorneys fees and costs.

Autherine Croskey

2

28 November 2006

VIA USPS MAIL

Mr Gregory L. Smith, Jr.
Jackson Lewis LLP
1900 Marquis One Tower
245 Peachtree Center Avenue,NE
Atlanta, Georgia 30303-1226

                                     Re:   Autherine Croskey v. Big Lots Stores, Inc.:
                                               Civil Aaction No. 2:06-CV-00485

Dear Mr. Smith,

    Please find enclosed my Response Information in regards to REQUEST NO. 15 of

Big Lot's First Request for Production. Any other information that I have will be

forwarded as soon as I obtain it. This information is being sent by regular mail according

to our last conversation in which you stated it was fine to send it this way. Any questions

please feel free to contact to me between 9AM-2PM CST at 334-281-1397.


Thanking You,

Autherine Croskey

**REQUEST NO. 15:**

All documents reflecting income or compensation of any kind that you have received, including, but not limited to, pay records and stubs and your complete state and federal income tax returns and W-2 forms, from January 1, 2001 through the present.

**RESPONSE:**

Station Name: MTG009WA2216178 Date: 11/21/2006 Time: 9:52:55 AM

IRPTRN41894813202001000000          *(TY2001)

PAGE 0001 OF 0001

 DOCUMENT TYPE: W-2
PAYEE ENTITY DATA:        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
 AUTHERINE CROSKEY
 3124 RAVENWOOD DR
 MONTGOMERY
 STATE: AL ZIP: 36116-0000

ACCOUNT NUMBER: N/A
PAYER ENTITY DATA:        311186811        RETIREMENT PLAN IND: UNANSWERED
 BIG LOTS STORES INC.
 300 PHILLIPI ROAD
 COLUMBUS              OH 43228
                                           STATUTORY EMPLOYEE IND: NO

 TYPE OF EMPLOYMENT: ALL OTHERS
 WAGES...........$14,843+
 FED TX WH..........$328+
 SO SEC WH..........$920+
 SO SEC WAG.......$14,843+
 MEDCARE WH.........$215+
 MEDCARE WG.......$14,843+

****************************    TAXPAYER  COPY    ****************************

Station Name: MTG009WA2216178 Date: 11/21/2006 Time: 9:52:59 AM

```
IRPTRW4189481320200100
           ***(TY2001) IRMF ON LINE TRANSCRIPT SYSTEM SUMMARY***
 TIN- 418948132  TIN TYPE AND VALIDITY- 0  DOCUMENT CODE- 00          1 DOCS
 GROUP           AMOUNT                GROUP            AMOUNT
 WAGES...........$14,843+
 FED TAX WH.........$328+
 SO SEC WH..........$920+
 MEDCARE WH.........$215+
 MEDCARE WG.......$14,843+
```

ENTER=PAYE(E),PAYE(R),(O)NLINE,(W)HITE OUT,IRPO(L),HARD(C)OPY OR (H)ELP

Station Name: MTG009WA2216178 Date: 11/21/2006 Time: 9:53:07 AM

```
IRPTRN41894813202002000000              *(TY2002)
                                                    PAGE 0001 OF 0001
  DOCUMENT TYPE: W-2
PAYEE ENTITY DATA:        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
  AUTHERINE CROSKEY
  3646 CLOVERDALE RD
  MONTGOMERY
  STATE: AL ZIP: 36111-0000

ACCOUNT NUMBER: N/A
PAYER ENTITY DATA:        311186811        RETIREMENT PLAN IND: UNANSWERED
  BIG LOTS STORES INC
  300 PHILLIPI ROAD
  COLUMBUS                OH 43228
                                           STATUTORY EMPLOYEE IND: NO
  TYPE OF EMPLOYMENT: ALL OTHERS
  WAGES............$15,225+
  FED TX WH............$54+
  SO SEC WH..........$943+
  SO SEC WAG.......$15,225+
  MEDCARE WH.........$220+
  MEDCARE WG.......$15,225+

***************************    TAXPAYER  COPY   ***************************
```

Station Name: MTG009WA2216178 Date: 11/21/2006 Time: 9:53:10 AM

```
IRPTRW4189481320200200
              ***(TY2002) IRMF ON LINE TRANSCRIPT SYSTEM SUMMARY***
  TIN- 418948132  TIN TYPE AND VALIDITY- 0  DOCUMENT CODE- 00           1 DOCS
  GROUP            AMOUNT                GROUP            AMOUNT
  WAGES............$15,225+
  FED TAX WH...........$54+
  SO SEC WH..........$943+
  MEDCARE WH.........$220+
  MEDCARE WG.......$15,225+
```

ENTER=PAYE(E),PAYE(R),(O)NLINE,(W)HITE OUT,IRPO(L),HARD(C)OPY OR (H)ELP

Station Name: MTG009WA2216178 Date: 11/21/2006 Time: 9:53:21 AM

IRPTRN41894813202003000000          *(TY2003)

                                                    PAGE 0001 OF 0001
 DOCUMENT TYPE: W-2
PAYEE ENTITY DATA:        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
 AUTHERINE CROSKEY
 3646 CLOVERDALE RD
 MONTGOMERY
 STATE: AL ZIP: 36111-0000

ACCOUNT NUMBER: N/A
PAYER ENTITY DATA:        311186811        RETIREMENT PLAN IND: UNANSWERED
 BIG LOTS STORES INC
 300 PHILLIPI ROAD
 COLUMBUS                OH 43228
                                        STATUTORY EMPLOYEE IND: NO

 TYPE OF EMPLOYMENT: ALL OTHERS
 WAGES...........$16,210+
 FED TX WH..........$288+
 SO SEC WH........$1,005+
 SO SEC WAG.......$16,210+
 MEDCARE WH.........$235+
 MEDCARE WG.......$16,210+

*************************       TAXPAYER  COPY   ***************************

Station Name: MTG009WA2216178 Date: 11/21/2006 Time: 9:53:24 AM

```
IRPTRW4189481320200300
             ***(TY2003) IRMF ON LINE TRANSCRIPT SYSTEM SUMMARY***
 TIN- 418948132  TIN TYPE AND VALIDITY- 0  DOCUMENT CODE- 00          1 DOCS
 GROUP            AMOUNT                GROUP            AMOUNT
 WAGES............$16,210+
 FED TAX WH.........$288+
 SO SEC WH........$1,005+
 MEDCARE WH.........$235+
 MEDCARE WG.......$16,210+
```

ENTER=PAYE(E),PAYE(R),(O)NLINE,(W)HITE OUT,IRPO(L),HARD(C)OPY OR (H)ELP

Station Name: MTG009WA2216178 Date: 11/21/2006 Time: 9:53:31 AM

```
IRPTRN41894813202004000000              *(TY2004)
                                                   PAGE 0001 OF 0002
 DOCUMENT TYPE: W-2
PAYEE ENTITY DATA:      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
 AUTHERINE CROSKEY
 3646 CLOVERDALE RD
 MONTGOMERY
 STATE: AL ZIP: 36111-0000

ACCOUNT NUMBER: N/A
PAYER ENTITY DATA:      311186811         RETIREMENT PLAN IND: YES
 BIG LOTS STORES INC.
 300 PHILLIPI ROAD
 COLUMBUS                OH 43228
                                          STATUTORY EMPLOYEE IND: NO
 TYPE OF EMPLOYMENT: ALL OTHERS
 WAGES............$14,734+
 FED TX WH............$93+
 SO SEC WH..........$919+
 SO SEC WAG.......$14,836+
 DEF COMP............$102+
 MEDCARE WH..........$215+
 MEDCARE WG.......$14,836+
****************************   TAXPAYER  COPY   ****************************
```

```
Station Name: MTG009WA2216178 Date: 11/21/2006 Time: 9:53:38 AM
```

```
IRPTRN41894813202004000000            *(TY2004)
                                                        PAGE 0002 OF 0002
  DOCUMENT TYPE: 1099-MISC
 PAYEE ENTITY DATA:        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
  AUTHENNE T CROSKEY
  3646 CLOVERDALE RD
  MONTGOMERY
  STATE: AL ZIP: 36111-0000              NOT DIRECT SALES
                                         NO SECOND NOTICE
 ACCOUNT NUMBER: N/A
 PAYER ENTITY DATA:        63-1109972
  JACKPOT CH ARI TI ES
  146 NORMANDALE ARC
  MONTGOMERY              AL 36111


  FED TX WH.............$0
  MISC OTH I........$1,600+




 **************************    TAXPAYER  COPY    **************************
```

Station Name: MTG009WA2216178 Date: 11/21/2006 Time: 9:53:42 AM

```
IRPTRW4189481320200400
          ***(TY2004) IRMF ON LINE TRANSCRIPT SYSTEM SUMMARY***
   TIN- 418948132  TIN TYPE AND VALIDITY- 0  DOCUMENT CODE- 00         2 DOCS
   GROUP            AMOUNT                GROUP              AMOUNT
   WAGES...........$14,734+
   OTHER INC........$1,702+
   FED TAX WH..........$93+
   SO SEC WH.........$919+
   MEDCARE WH.........$215+
   MEDCARE WG.......$14,836+
```

ENTER=PAYE(E),PAYE(R),(O)NLINE,(W)HITE OUT,IRPO(L),HARD(C)OPY OR (H)ELP

```
Station Name: MTG009WA2216178 Date: 11/21/2006 Time: 9:53:51 AM
```

```
IRPTRN41894813202005000000            *(TY2005)
                                                    PAGE 0001 OF 0003
  DOCUMENT TYPE: W-2
PAYEE ENTITY DATA:       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
  AUTHERINE CROSKEY
  3646 CLOVERDALE RD
  MONTGOMERY
  STATE: AL ZIP: 36111-0000

ACCOUNT NUMBER: N/A
PAYER ENTITY DATA:       311186811        RETIREMENT PLAN IND: YES
  BIG LOTS STORES INC
  300 PHILLIPI ROAD
  COLUMBUS              OH 43228
                                          STATUTORY EMPLOYEE IND: NO
  TYPE OF EMPLOYMENT: ALL OTHERS
  WAGES...........$14,921+
  FED TX WH..........$114+
  SO SEC WH..........$957+
  SO SEC WAG.......$15,438+
  DEF COMP...........$517+
  MEDCARE WH.........$223+
  MEDCARE WG.......$15,438+
**************************  TAXPAYER  COPY  **************************
```

Station Name: MTG009WA2216178 Date: 11/21/2006 Time: 9:53:56 AM

IRPTRN41894813202005000000              *(TY2005)

                                                    PAGE 0002 OF 0003
 DOCUMENT TYPE: 1099-G
PAYEE ENTITY DATA:        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
 CROSKEY, AUTHERINE
 3646 CLOVERDALE RD
 MONTGOMERY
 STATE: AL ZIP: 36111-0000              TAX YEAR OF REFUND: 2004

ACCOUNT NUMBER: 58576614
PAYER ENTITY DATA:        63-6000619
 STATE OF ALABAMA
 50 NORTH RIPLEY STREET
 MONTGOMERY                   AL 36132

 1099-G OFFSET: NOT REFUND, CREDIT OR OFFSET FOR TRADE OR BUSINESS
 FED TX WH.............$0
 PR YR RFND..........$482+


**************************    TAXPAYER  COPY   **************************

Station Name: MTG009WA2216178 Date: 11/21/2006 Time: 9:54:00 AM

IRPTRN41894813202005000000          *(TY2005)

PAGE 0003 OF 0003

  DOCUMENT TYPE: 1099-MISC
PAYEE ENTITY DATA:        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
  AUTHENNE T CROSKEY
  3646 CLOVERDALE RD
  MONTGOMERY
  STATE: AL ZIP: 36111-0000              NOT DIRECT SALES
                                         NO SECOND NOTICE

ACCOUNT NUMBER: N/A
PAYER ENTITY DATA:        63-1109972
  JACKPOT CHARITIES
  146 NORMANDALE ARCADE
  MONTGOMERY             AL 36111


  FED TX WH.............$0
  MISC OTH I........$4,000+



**************************    TAXPAYER  COPY   **************************

Station Name: MTG009WA2216178 Date: 11/21/2006 Time: 9:54:20 AM

```
IRPTRW4189481320200500
              ***(TY2005) IRMF ON LINE TRANSCRIPT SYSTEM SUMMARY***
  TIN- 418948132  TIN TYPE AND VALIDITY- 0  DOCUMENT CODE- 00          3 DOCS
  GROUP          AMOUNT                  GROUP              AMOUNT
  WAGES...........$14,921+
  PR YR RFND.........$482+
  OTHER INC........$4,517+
  FED TAX WH.........$114+
  SO SEC WH..........$957+
  MEDCARE WH.........$223+
  MEDCARE WG.......$15,438+
```

ENTER=PAYE(E),PAYE(R),(O)NLINE,(W)HITE OUT,IRPO(L),HARD(C)OPY OR (H)ELP














3|30|05