IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTHERINE CROSKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv485-MHT |
| ) | |
| BIG LOTS STORES, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Now pending before the court is the October 11, 2006, motion to compel (doc. # 14) filed by the defendant and the motion for continuance (doc. # 19) filed by the plaintiff. Oral argument was held on December 7, 2006. Upon consideration of the motions, it is

ORDERED as follows:

(1) That the plaintiff's motion for continuance (doc. # 19) be and is hereby GRANTED.

(2) That the motion to compel (doc. # 14) be and is hereby DENIED as moot. The defendant is granted leave to re-file the motion upon a showing of good cause.

(3) That the deadline for completion of discovery is extended from October 23, 2006 to January 31, 2007.

(4) That the time for filing dispositive motions is extended from November 22, 2006 to February 28, 2007.

Done this 8th day of December, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE