UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JAN 30 P 4: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| AUTHERINE CROSKEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO |
| BIG LOTS STORES, INC., | ) | 2:06-CV-00485-MHT |
| | ) | |
| Defendant, | ) | |

MOTION FOR MEDIATION

I (AUTHERINE CROSKEY-Plaintiff) IN AN EFFORT TO RESOLVE THIS CIVIL ACTION, HEREBY MOVES THIS HONORABLE COURT TO ISSUE AN ORDER TO SEND OR SET THIS CASE FOR MEDIATION.

Submitted this 30th day of January 2007

*Autherine Croskey*
Autherine Croskey-Plaintiff

Certificate of Service

I hereby certify on this 30th day of January, 2007 that I Autherine Croskey-Plaintiff in Civil Action No. 2:06-CV-00485-MHT have served to Defendant's Big Lots Stores, Inc., attorney of record Mr Gregory Smith of Jackson Lewis LLP a copy of my MOTION FOR MEDIATION. A copy was sent by Fax and Postage prepaid to:

> Jackson Lewis LLP
> Attn: Mr Gregory Smith
> 1900 Marquis One Tower
> 245 Peachtree Center Avenue, NE
> Atlanta, Georgia 30303-1226

*Autherine Croskey*
Mrs Autherine Croskey
3646 Cloverdale Road
Montgomery, Alabama 36111
334-281-1397