IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTHERINE CROSKEY, )<br>)<br>   Plaintiff, )<br>)<br>v. )   CIVIL ACTION NO.  2:06cv485-MHT<br>)<br>BIG LOTS STORES, INC., )<br>)<br>   Defendant. ) | |

**ORDER**

The plaintiff has filed a motion requesting mediation (doc. # 24) in this case. Mediation in this court is completely voluntary. Because the plaintiff requested mediation and the process is voluntary, the defendants must agree before mediation can take place. The defendant has informed the court that it declines to participate in mediation at this time. Accordingly, it is

ORDERED the plaintiff's motion for mediation (doc. # 24) be and is hereby DENIED.

Done this 31st day of January, 2007.

                                                  /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE