RECEIVED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA    2007 JAN 31   P 4: 56
NORTHERN DIVISION

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| AUTHERINE CROSKEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO |
| BIG LOTS STORES, INC., | ) | 2:06-CV-00485-MHT |
| | ) | |
| Defendant, | ) | |

MOTION FOR DISCOVERY TIME EXTENSION

I (AUTHERINE CROSKEY-Plaintiff) HEREBY COME BEFORE THE COURT TO REQUEST A EXTENSION OF TIME DUE TO DEFENDANT'S UNTIMELY REQUEST FOR ADDITIONAL DOCUMENTS DURING DEPOSITION OF 1-25-07, i.e. TO INCLUDE 2006 TAX INFORMATION WHICH I DO HAVE AS OF THIS DATE.

Submitted this 31th day of January 2007

Autherine Croskey-Plaintiff

Certificate of Service

I hereby certify on this 30th day of January, 2007 that I Autherine Croskey-Plaintiff in Civil Action No. 2:06-CV-00485-MHT have served to Defendant's Big Lots Stores, Inc., attorney of record Mr Gregory Smith of Jackson Lewis LLP a copy of my MOTION FOR ~~MEDIATION~~ Discovery Extension (A.C). A copy was sent by Fax and Postage prepaid to:

> Jackson Lewis LLP
> Attn: Mr Gregory Smith
> 1900 Marquis One Tower
> 245 Peachtree Center Avenue, NE
> Atlanta, Georgia 30303-1226

> Mrs Autherine Croskey
> 3646 Cloverdale Road
> Montgomery, Alabama 36111
> 334-281-1397