IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AUTHERINE CROSKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:06cv485-MHT |
| | ) | |
| BIG LOTS STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Now pending before the court is the January 31, 2007, motion for an extension of time

to complete discovery (doc. # 26) filed by the *pro se* plaintiff.  On February 5, 2007, defense

counsel informed the court that the parties had resolved the plaintiff's motion and that he had

consent of the plaintiff to notify the court that the motion is now moot.  Accordingly, upon

consideration of the motion and for good cause, it is

ORDERED that the motion for an extension of time (doc. # 26) be and is hereby

DENIED as moot.

Done this 5th day of February, 2007.

      /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE