UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 FEB -8  P 4: 04
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| AUTHERINE CROSKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| BIG LOTS STORES, INC. ) | 2:06-CV-00485-MHT |
| ) | |
| Defendant, ) | |

MOTION TO RE-SUBMIT DISCOVERY – EXTENSION OF TIME

I(Autherine Croskey), pro se plaintiff, HEREBY REQUEST OF THE COURT A RE-CONSIDERATION OF THE ORDER DATED 5 February 2007, DUE TO THE FOLLOWING REASONS:

1. MISREPRESENTATION – ORDER STATES THAT THE DEFENSE COUNSEL HAD CONSENT FROM ME TO NOTIFY THE COURT THAT THE MOTION FOR EXTENSION OF TIME HAD BEEN RESOLVED – This is an UNTRUTH AND AT NO TIME DURING THIS PROCESS HAVE I GIVEN THE DEFENSE THE AUTHORITY TO SPEAK OR INFORM THE COURT FOR ME.

2. CONTACT FROM COURT – DUE TO FACT THAT I WAS NOT CONTACTED BY THE COURT TO SEE IN FACT IF THE DEFENSE DID HAVE MY PERMISSION OR THAT WE HAD RESOLVED THE MOTION, I HEREBY ASK OF THE COURT TO REVISIT THIS ORDER AND CONSIDER THE FACTS OF THIS MOTION.

Submitted this 8th Day of February 2007

*Autherine Croskey*
Autherine Croskey-Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the following counsel of record by U.S. Mail this 8 day of February 2007.

Stephen X. Munger
Gregory L. Smith, Jr.
**JACKSON LEWIS LLP**
1900 Marquis One Tower
245 Peachtree Center Avenue, N.E
Atlanta, GA 30303

Joseph T. Carpenter
**CARPENTER, INGRAM & MOSHOLDER, LLP**
303 Sterling Centre
4121 Carmichael Road
Montgomery, Alabama 36106

_____
AUTHERINE CROSKEY, pro se

5