UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTHERINE CROSKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| BIG LOTS STORES, INC. | ) 2:06-CV-00485-MHT |
| | ) |
| Defendant, | ) |

PLAINTIFF'S MOTION TO ENTER DISCOVERY

I(Autherine Croskey), pro se plaintiff, HEREBY SUBMIT THIS MOTION TO ENTER THE CORRECTED AND FORMATTED DISCOVERY INFORMATION AS REQUIRED BY THE COURT. A COPY OF WHICH IS BEING FORWARDED TO THE DEFENDANT'S ATTORNEY OF RECORD. THIS ENDS ALL DISCOVERY ON MY BEHALF AS I HAVE NO OTHER TO SUBMIT.

Submitted this 8th Day of February 2007,

Autherine Croskey-Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the following counsel of record by U.S. Mail this 8 day of February 2007.

Stephen X. Munger
Gregory L. Smith, Jr.
**JACKSON LEWIS LLP**
1900 Marquis One Tower
245 Peachtree Center Avenue, N.E
Atlanta, GA   30303

Joseph T. Carpenter
**CARPENTER, INGRAM & MOSHOLDER, LLP**
303 Sterling Centre
4121 Carmichael Road
Montgomery, Alabama 36106

_____
AUTHERINE CROSKEY, pro se