IN THE UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

AUTHERINE CROSKEY,             *
      Plaintiff,               *
                              *

v.                           *
                              *

BIG LOTS STORES, INC.,      *
      Defendant.         *        CV: 2:06-CV00485-MHT
                              *

## PLAINTIFF'S RESPONSE TO INTERROGATORIES

**RESPONSE: INTERROGATORY NO. 1**

1.  3646 Cloverdale Road, Montgomery, Al 36111-2/02 to Present

2.  3124 Ravenwood Drive, Montgomery, Al 36116-11/00 to 12/01

3.  3345 Brookwood Drive, Montgomery, Al 36116- 10/99 to 11/00

4.  3107 Quenby Ct., Montgomery, Al 36116-10/98 to 10/99

5.  617 Bowman Street, Montgomery, Al 36105- 1/90 to 10/98

**RESPONSE: INTERROGATORY NO. 2**

Sidney Lanier High School
1756 South Court Street
Montgomery, Alabama 36104
1972-1974

**RESPONSE: INTERROGATORY NO. 3**

T. J. Maxx Department Store
2741 Eastern Bypass
Montgomery, Alabama 36117
Job: Receiving/Stocking/Department Lead
4-89/5-97

Alagold Products
BellStreet and S. Court Street
Montgomery, Alabama
Machine Operator and Production Worker
7-79/3-89

**RESPONSE: INTERROGATORY NO. 4**

Wal-Mart Supercenter
Ann Street
Montgomery, Alabama 36107
6-26-06 – Present
Cashier/Greeter $8.60

**RESPONSE: INTERROGATORY No. 5**

ViscoFan Manufacturing
Hope Hull, Alabama
No offer of employment

Dollar General Store
504 E. Patton Avenue
Montgomery, Alabama 36116
No offer of employment

**RESPONSE: INTERROGATORY NO. 6**

Baptist Medical Center South
2105 East South Boulevard
Montgomery, Alabama 36111

Anxiety attach caused by stress due to actions of Big Lot's

**RESPONSE: INTERROGATORY NO. 7**

Lister Hill Medical Center
1000 Adams Avenue
Montgomery, Alabama 36104

Dr. Corazon Mulles, M.D.
Annual physical, pap smear test, and mammogram

**RESPONSE:  INTERROGATORY NO. 8**

Norvac-5mg. Cardizon LA 240 mg., HCTZ 25 mg., KIOR-Con 8 mg., HemaTinic plus tablet.

**RESPONSE:  INTERROGATORY NO 9**

Chapter 13 – can not recall year
Chapter 7 – Discharged 1998

**RESPONSE:  INTERROGATORY NO. 10**

None

**RESPONSE:  INTERROGATORY NO. 11**

Attorney Gary Atchison, former Big Lot's employees, Nicole Reed, Lola Abner, Barbara Martin, Attorney Jay Lewis
Dates of Conversation began in March 2005-present.

**RESPONSE:  INTERROGATORY NO 12**

During the 2nd week of March 2005, I was working in the toy department when Assistant Manager Mike Williams approached me with a screw in his hand.  He asked me "Do you(me) want to screw", a slang term for a sex act.  Not liking what Mr. Williams said and feeling very uncomfortable around him, I left immediately and reported his statement to Store Manager Jerry Culpepper.  Mr. Culpepper took approximately 30 minutes to come to the area of the store where I was working because he was working at or near the service desk.  At that time, Mr. Williams came over to us and made the statement to me "Do you (me) want any Jerry "beads" a phrase used on the Jerry Springer TV show" whereby ladies that expose their breast receive a string of beads.  Mr. Culpepper asked Mr. Williams what were Jerry beads, not liking their conversation I departed the area.  To my knowledge no action was taken by Mr. Culpepper.

**RESPONSE:  INTERROGATORY NO 13**

Statements relevant to this litigation was taken by Attorney Gary Atchison from Nicole Reed, Lola Abner, and Barbara A. Martin on or about June 9, 2005.

**RESPONSE:  INTERROGATORY NO. 14**

Nicole Reed, Lola Abner,  Barbara A. Martin all have knowledge of the allegations and have made statements that are on file with Attorney Gary Atchison.

**RESPONSE: INTERROGATORY NO. 15**

Nicole Reed and Lola Abner will testify about the conduct of Store Manager Jerry Culpepper, and Assistant Managers Billy Pridgett and Mike Williams concerning statements made by each that will be pertinent to this case.

**RESPONSE: INTERROGATORY NO. 16**

A copy of an Agreement To Employ Counsel dated June 9, 2005 by Attorney Gary Atchinson for legal services in connection with the initial complaint being filed with EEOC, in which my part of the fee was $375.

**RESPONSE: INTERROGATORY NO 17**

N/A

**RESPONSE: INTERROGATORY NO 18**

None

**RESPONSE: INTERROGATORY NO 19**

No determination has been made at this time

Respectively submitted this ___*8*___ day of February 2007.

**AUTHERINE CROSKEY, pro se**

Comes now, **Autherine Croskey**, being first duly sworn, did depose and state that she has read the above and forgoing Answer to Interrogatories and believe the same to be true and correct to the best of her knowledge, information and belief.

**Autherine Croskey**

Sworn and subscribed before me this ___*8th*___ day of February, 2006.

**SEAL**

**Notary Public**

4

**2006**

**Form W-2 Wage and Tax Statement**

| | | |
|---|---|---|
| 7 Social security tips | 1 Wages, tips, other compensation **2880.00** | 2 Federal income tax withheld **63.38** |
| 8 Allocated tips | 3 Social security wages **2880.00** | 4 Social security tax withheld **178.56** |
| 9 Advance EIC payment | 5 Medicare wages and tips **2880.00** | 6 Medicare tax withheld **41.76** |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |

OMB No. 1545-0008

Employer's name, address, and ZIP code

BIG LOTS STORES INC
300 PHILLIPI ROAD
COLUMBUS OH 43228

Employee's name, address, and ZIP code

AUTHERINE CROSKEY
3646 CLOVERDALE RD
MONTGOMERY AL 36111-0000

b Employer identification number (EIN) **31-1186811**

d Employee's social security number **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**

14 Other

13 Statutory employee / Retirement plan / Third-party sick pay

12b
12c
12d

| State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 0000238897 | 2880.00 | 103.14 | | | |

Copy B To Be Filed With Employee's FEDERAL Tax Return.    This information is being furnished to the Internal Revenue Service.    Dept. of the Treasury - IRS

---

OMB No. 1545-0008

| 1 Wages, tips, other compensation 7512.14 | 2 Federal income tax withheld 52.64 |
|---|---|
| 3 Social security wages 7512.14 | 4 Social security tax withheld 465.75 |
| 5 Medicare wages and tips 7512.14 | 6 Medicare tax withheld 108.93 |

Control Number

Employer identification number (EIN) 710794409

Employee's social security number 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

Employer's name, address and ZIP code

WAL-MART ASSOCIATES, INC.
702 S.W. 8TH ST
BENTONVILLE, AR 72716-0135

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | 12b |
| | | 12c |

Employee's name, address, and ZIP code

AUTHERINE CROSKEY
3646 CLOVERDALE RD
MONTGOMERY, AL 36111

12d

13 Statutory employee / Retirement plan / Third party sick pay

| 15 State AL | Employer's state I.D. no. 335964 | 16 State wages, tips, etc. 7512.14 |
|---|---|---|
| | 17 State income tax 167.78 | 18 Local wages, tips, etc. |
| | 19 Local income tax | 20 Locality name |

**2006**

**Form W-2 Wage and Tax Statement**

Copy B To Be Filed With Employee's FEDERAL Tax

This information is being furnished to the Internal Revenue Service

Department of the Treasury–Internal Revenue Service

---

OMB No. 1545-0008

a Control Number

| 1 Wages, tips, other compensation 7512.14 | 2 Federal income tax withheld 52.64 |
|---|---|
| 3 Social security wages 7512.14 | 4 Social security tax withheld 465.75 |
| 5 Medicare wages and tips 7512.14 | 6 Medicare tax withheld 108.93 |

b Employer identification number (EIN) 710794409

d Employee's social security number 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

c Employer's name, address and ZIP code

WAL-MART ASSOCIATES, INC.
702 S.W. 8TH ST
BENTONVILLE, AR 72716-0135

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | | 12b |
| | | 12c |

e Employee's name, address, and ZIP code

AUTHERINE CROSKEY
3646 CLOVERDALE RD
MONTGOMERY, AL 36111

12d

13 Statutory employee / Retirement plan / Third party sick pay

| 2006 | 15 State AL | Employer's state I.D. no. 335964 | 16 State wages, tips, etc. 7512.14 |
|---|---|---|---|
| | | 17 State income tax 167.78 | 18 Local wages, tips, etc. |

**Form W-2 Wage and Tax Statement**

Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.)
This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| 19 Local income tax | 20 Locality name |
|---|---|
| | |

01082899

Department of the Treasury–Internal Revenue Service