IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AUTHERINE CROSKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv485-MHT |
| | ) | |
| BIG LOTS STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On January 31, 2007, the plaintiff filed a motion for an extension to complete discovery, including the production of tax information to the defendant. (Doc. No. 26.) On February 5, 2007, this court denied as moot the plaintiff's motion for an extension of time to complete discovery, specifically noting that defense counsel indicated that the parties had resolved the motion. (Doc. No. 27.) The plaintiff subsequently filed a motion for reconsideration, indicating that she did not wish for defense counsel to inform the court that the discovery issue was resolved. (Doc. No. 28.) On February 8, 2007, the plaintiff submitted a motion to enter discovery, along with an attached response to interrogatories, which included copies of her tax records. (Doc. No. 31.) Because the tax records were provided to defense counsel, it is clear that the discovery issue has been resolved. Thus, the plaintiff's motion for an extension to complete discovery is moot. Accordingly, it is

ORDERED as follows:

(1) The February 8, 2007, motion for reconsideration be and is hereby GRANTED. (Doc. No. 28.)

(2) This court's February 5, 2007, order denying as moot the motion for an extension of time on the basis of counsel's representations be and is hereby VACATED. (Doc. No. 27.)

(3) The plaintiff's motion to submit discovery be and is hereby GRANTED. (Doc. No. 29.)

(4) The plaintiff's motion for an extension of time to complete discovery be and is hereby DENIED as moot. (Doc. No. 26.)

Done this 16th day of February, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE