UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTHERINE CROSKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| BIG LOTS STORES, INC., | ) |
| | ) 2:06-CV-00485-MHT |
| Defendant. | ) |
| | ) |
| | ) |

**DEFENDANT BIG LOTS STORES, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Defendant Big Lots Stores, Inc. ("Big Lots"), by and through its undersigned counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby files and serves its Motion for Summary Judgment.  Big Lots respectfully maintains there is no genuine issue as to any material fact and, through this Motion, seeks to dismiss all claims asserted against it by Plaintiff.

In support of its Motion, Big Lots relies upon its Memorandum of Law in Support of Motion for Summary Judgment and Statement of Undisputed Material Facts, filed contemporaneously with this Motion.  Big Lots moves this Court to grant its Motion for Summary Judgment and dismiss all claims in this action with prejudice.

Respectfully submitted this 16th day of March, 2007.

                    Stephen X. Munger
                    Georgia Bar No. 529611
                    Gregory L. Smith, Jr.
                    Georgia Bar No. 658369
                    JACKSON LEWIS LLP
                    1900 Marquis One Tower
                    245 Peachtree Center Avenue, N.E.
                    Atlanta, Georgia  30303-1226
                    Telephone:	404-525-8200
                    Facsimile:	404-525-1173

LOCAL COUNSEL:          /s/   Joseph   T.   Carpenter
_____

                    Joseph T. Carpenter
                    Alabama Bar No. 5114C59J
                    CARPENTER, INGRAM & MOSHOLDER, LLP
                    303 Sterling Centre
                    4121 Carmichael Road
                    Montgomery, Alabama  36106
                    Telephone:	334-213-5600
                    Facsimile:	334-213-5650

                    ATTORNEYS FOR DEFENDANT
                BIG LOTS STORES, INC.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTHERINE CROSKEY, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) CIVIL ACTION NO. |
| BIG LOTS STORES, INC., | ) ) 2:06-CV-00485-MHT |
| Defendant. | ) ) ) ) |

### CERTIFICATE OF SERVICE

I hereby certify I have served Plaintiff with the foregoing **DEFENDANT BIG LOTS STORES, INC.'S MOTION FOR SUMMARY JUDGMENT** by causing a copy to be sent via certified mail, return receipt requested, to:

> Autherine Croskey
> 3646 Cloverdale Road
> Montgomery, Alabama  36111

This 16th day of March, 2007.

> /s/ Joseph T. Carpenter
> Joseph T. Carpenter
> Alabama Bar No. 5114C59J