# EXHIBIT C

**Open Door**                                    **Last update: August 2005**

Big Lots believes in dealing directly with all associates and further believes that all associates have a right to express their opinions, concerns, and to ask any questions they may have relating to their job or the Company. Any associate with a question or problem is entitled to use the Open Door Policy and may contact anyone in the organization.

Take the question or concern to your immediate supervisor or manager.

OR

If you have a question and do not wish to discuss the matter with your direct manager or supervisor, go to the next level manager.

OR

If you have a question or you just feel uncomfortable discussing the issue with one of the managers listed above, contact the appropriate member of the Human Resources Department:

- <u>Store Associates</u>: Contact the Regional Human Resources Manager.
- <u>Distribution Associates</u>: Contact the Distribution and Transportation Services Human Resources Manager.
- <u>General Office Associates</u>: Contact the General Office Human Resources Manager.

Associates wishing to make anonymous complaints or ask a question may call the Get Real Hotline at 1-866-834-REAL (1-866-834-7325).

All members of management are expected to maintain the integrity and communicate the spirit of the Open Door Policy.

Any attempt to thwart or retaliate against an associate for exercising his/her Open Door rights will be considered a serious violation of Company policy and may result in disciplinary action, up to and including termination of employment. (See <u>Harrassment-Free Environment</u>, <u>No Solicitation</u>, <u>Standards of Conduct</u>, <u>Union-Free Environment</u>)

# EXHIBIT D

**Standards of Conduct**                    **Last update: August 2005**

Associates are expected to conduct themselves in a way that is conducive to an ethical business environment. Violations of company policy, public policy, or local, state, and federal laws will not be tolerated. Conduct is expected to reflect our Company's values at all times.

The following behaviors are unacceptable deviations from the Company Standards of Conduct:

- Violation of the <u>Harassment-Free Environment Policy</u>.

- Physical assault or attempted assault on another associate or customer.

- Engaging in conversation, gestures or behaviors that are considered lewd, offensive, abusive, and profane or threatening to associates and/or customers.

- Inappropriate fraternization, including having an intimate relationship with another associate whom you supervise, either directly or indirectly, or over whom you exert some influence or control by nature of your responsibility.

- Violation of the <u>Drug-Free Workplace Policy</u>, including but not limited to consuming intoxicating beverages or use of illegal drugs during scheduled work time; or reporting to work under the influence of intoxicating beverages or illegal drugs.

- Smoking in a company facility or company vehicle and/or use of chewing tobacco or similar products (<u>See Smoke Free Policy</u>).

- Conduct which results in a substantial risk of harm to a customer or another associate, or damage to Company property.

- Possession of weapons, including but not limited to, knives, firearms, explosives, or other instruments that may cause harm to others, intoxicating beverages, or illegal drugs on Company property, including parking lots, or while conducting Company business.

- Conviction of a criminal offense for a crime against the Company or related to the type of responsibilities performed for the Company.

- Dishonest activities such as, theft, selling merchandise at a price lower than that which is marked on the goods without authorization, consumption or use of merchandise that has not been previously purchased by the associate or approved by management.

- Violation of minor labor laws for those associates under eighteen (18) years of age. *NOTE: Associates less than eighteen (18) years of age are not permitted to load, unload or otherwise operate the cardboard baler. These associates are also not permitted to operate any type of power equipment.* (<u>See Employment of Minors Policy</u>).

- Violation of the No Solicitation Policy.

- Unauthorized use of Company property, facilities or resources (<u>See Information Security and Electronic Communications Policy</u>).

- Unauthorized divulgence of personnel records or Company business (<u>See Confidential Information Policy</u>).

- Insubordination by refusing to complete work as assigned by a manager. In the event of conflicting instructions, the associate should follow the directions of the manager-on-duty and later request clarification.

- Unsatisfactory work performance including disregard of established safety practices and rules.

- Failure to cooperate with Company investigations or inspections.

- Excessive absenteeism or tardiness (<u>See Attendance Policy</u>).

- Working before or after scheduled time without specific authorization from management.

- Job abandonment, which includes two (2) consecutive days absence from scheduled work without calling into management (<u>See Call-in Procedure Policy</u>) or walking off the job without notifying management. These occurrences are

considered voluntary terminations (See Termination of Employment Policy).

- Falsification of documents or records including but not limited to, employment application, expense reports, price change documents, timecards, permitting another associate to clock in or out for you, production reports, payroll management documents, etc.

- Misuse of the associate discount privilege by permitting someone not eligible to purchase items with the associate discount or by returning merchandise for a full refund when purchased with the associate discount (See Associate Discount Policy).

- Associates are not permitted to hold or hide merchandise for purchase at a later time. Associates may not purchase merchandise unless it is available for sale to the general public.

- The writing of bad checks to the Company.

- The following violations are store specific:

  o Any violation of established shopping regulations including processing unauthorized markdowns and/or ringing sales or handling any other transaction (i.e., returns, cashing checks, etc.) of your own or any immediate relative.

  o Improper use of "paid outs".

  o Cashing checks.

  o Use or unauthorized removal of store funds, or other Company resources, for personal use.

  o Unexplained single incident variance of $50 or greater where till integrity has been maintained.

  o Single till variance of $5 or more, and/or variances of $15 or more in a 30-day period.

  o Failure of store associates to perform established procedures, including but not limited to, the following:

    - Completing daily bank deposits.
    - Securing funds properly.
    - Maintaining accountability for all funds transactions.
    - Conducting "cash pickups" when cash totals in excess of $1500 in drop box and till.
    - Ensuring that Register operator "till drops" are made when cash exceeds $100 of paper currency in till.
    - Ensuring all doors are locked and alarms set as required.
    - Ensuring all safety exits are accessible.
    - Securing safe, as required including maintaining confidential safe combination.
    - Maintaining key control.
    - Ensuring that store security cameras are operating daily and tapes maintained as required.
    - Allowing only authorized associates in controlled areas (i.e., stock room, cash office, etc.).

  o Violation of any other Company rules/regulations or any other action/activity that is deemed to be detrimental to the orderly operation of our Company.

Associates are expected to comply with this Policy and report violations immediately. In all of the above instances, the severity of an individual violation may warrant immediate termination. However, only those persons with the approval to terminate can make this determination (See Termination of Employment Policy).