# EXHIBIT E

# BIG LOTS
## DISCIPLINARY COUNSELING

Associate Name: _____ Gerald M. Williams _____    Date of Hire: _____ 12/02/04 _____

Associate Number: _____ 1335602 _____    Supervisor's Name: _____ Jerry L. Culpepper _____

Title: _____ Asst. Mgr. _____    Store/Dept: _____ 818 _____

### Type of Disciplinary Counseling (check one):

Attendance/Tardiness [ ]    Procedures Violation [ ]

Cash Variances [ ]    Performance [ ]

Standards of Conduct [ ✓ ]    Other [ ]

### Define the problem (list specific examples)

Imposed faces of Associates on pictures of other people and worded comments above the heads. Imposed faces of Associates on fake money. Imposed the face of the Store Mgr. on pictures with Associates.

### Define the expected results and the specified time frame (not completed for termination):

This action was seen as offensive to the Associates and an act that can not be tolerated. With this final counseling it is understode that any other disciplinary counseling for anything will be grounds for termination.

### Associate Comments

I am sorry that I made this error in judgement and did not mean to offend anyone

### This is a (check one):

Counseling Session [ ]

Final Counseling Session [ ✓ ]

Termination [ ]

*Failure to correct the above noted problem(s) within the specified time frame, or future incidents which indicate your inability to meet the performance standards of the position may result in further disciplinary counseling up to and including termination.*

Associate Signature: _____    Date: 4-5-05

Manager Signature: _____    Date: 4-5-05

Next Level Manager: _____    Date: _____

Human Resources: _____    Date: _____
(required for termination only)

# EXHIBIT C

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| | |
|---|---|
| [ ] | FEPA |
| [X] | EEOC |

130 2005 05216

_____ and EEOC

State or local Agency, if any

| | |
|---|---|
| **N    (Indicate Mr., Ms., Mrs.)** | **HOME TELEPHONE (Include area code)** |
| Ms. Autherine Croskey | (334)281-1397    cell:294-3221 |

| **STREET ADDRESS** | **CITY, STATE AND ZIP CODE** | **DATE OF BIRTH** |
|---|---|---|
| 3646 Cloverdale Rd. | Montgomery, AL 36111 | 2-13-56 |

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)**

| **NAME** | **NUMBER OF EMPLOYEES, MEMBERS** | **TELEPHONE (Include Area Code)** |
|---|---|---|
| Big Lots Stores, Inc. | Over 500 | (614)278-6800 |

| **STREET ADDRESS** | **CITY, STATE AND ZIP CODE** | **COUNTY** |
|---|---|---|
| 300 Phillipi Road | Columbus, Ohio 43228 | Franklin |

| **NAME** | **TELEPHONE NUMBER (Include Area Code)** |
|---|---|
| | |

| **STREET ADDRESS** | **CITY, STATE AND ZIP CODE** | **COUNTY** |
|---|---|---|
| | | |

| **CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))** | **DATE DISCRIMINATION TOOK PLACE** |
|---|---|
| [X] RACE    [ ] COLOR    [X] SEX    [ ] RELIGION    [ ] AGE | **EARLIEST          LATEST** |
| [ ] RETALIATION    [ ] NATIONAL ORIGIN    [ ] DISABILITY    [ ] OTHER (Specify) | March 28-30, 2005 |
| | [ ] CONTINUING ACTION |

**THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):**

See attached exhibits A and B.

RECEIVED
EEOC

JUL 2 8 2005

BIRMINGHAM DISTRICT OFFICE

MY COMMISSION EXPIRES JUNE 18, 2007

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | **NOTARY - (When necessary for State and Local Requirements)** Claudia J Mitchell |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. *Autherine Croskey* | **SIGNATURE OF COMPLAINANT** *Autherine Croskey* |
| Date 6-16-05    Charging Party (Signature) | **SUBSCRIBED AND SWORN TO BEFORE ME ON THIS DATE (DAY, MONTH, AND YEAR)** June 16, 2005 |

EEOC FORM 5 (Test 10/94)

DEFENDANT'S EXHIBIT

23

**Before the Equal Employment Opportunity Commission**
**Birmingham District Office**
**Birmingham, Alabama**

| | |
|---|---|
| Autherine Croskey, | ) |
| | ) |
| Charging Party, | ) |
| | ) Charge # |
| v. | ) |
| | ) |
| Big Lots Stores, Inc., | ) |
| | ) |
| Respondent. | ) |

RECEIVED
EEOC

JUN 2 3 2005

BIRMINGHAM DISTRICT OFFICE

## Exhibit A

That Charging Party, Autherine Croskey, is a Black or African American female, over the age of nineteen, that was and is an employee of Big Lots Stores, Inc., Store 818 of Montgomery, Alabama during March 2005. (See associated cases of Nicole Taylor Reed, Barbara Martin and Lola Mae Abner).

That said Charging Party was supervised on March 28-30, 2005 by Michael Williams, a White or Caucasian male associate store manager and Jerry Culpepper, a White or Caucasian male, store manager. On said dates the Charging Party was subjected to race and sex discrimination and or a racially and sexually hostile environment at Big Lots, Store 818 in Montgomery, Alabama by acts of Michael Williams et al. in which he subjected said African American female employee to sexual and racial discrimination, and sexual and racial harassment by his ridicule, etc. of the Charging Party by using photographs, cartoon type pictures and captions that were defaming, intrusive and invasive of privacy and were racially and sexually harassing, etc. as per Exhibit B, attached, etc.

That management at Big Lots, Inc., Store 818, furthermore during the last 180 days has made many comments and statements of a racially and sexually harassing nature toward, about,

and to the Charging Party which has made it very difficult for her to accomplish her job assignments.

That said race and sex discrimination and or said racially and or sexually hostile environment has substantially damaged the Charging Party by her having to experience mental anguish, damage to her reputation, lost wages, attorneys fees and costs, etc.

RECEIVED
EEOC
JUN 2 3 2005
BIRMINGHAM DISTRICT OFFICE

2

**Exhibit B**



3|29|05

RECEIVED
EEOC

JUN 2 3 2005

BIRMINGHAM DISTRICT OFFICE





















**RECEIVED**
**EEOC**

JUN 2 3 2005

**BIRMINGHAM DISTRICT OFFICE**





3/30/05



**Lola Abner**
CSS
888429
Store 818



Ms. Martin Cashier 021709 Store 818

**Nicole Taylor**
Cashier
194649
Store 818



**Mrs. Crosky**
Stocker
948132
Store 818

RECEIVED
EEOC

JUN 2 8 2005

BIRMINGHAM DISTRICT OFFICE

# EXHIBIT D

EEOC Form 161 (3/98)

U.S. ~~DIAL~~ EMPLOYMENT OPPORTUNITY ~~COMMIS~~N

## DISMISSAL AND NOTICE OF RIGHTS

| To: Authrine Croskey<br>3646 Cloverdale Road<br>Montgomery, AL 36111 | From: Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street, South<br>Birmingham, AL 35205 |
| --- | --- |

|  | ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR § 1601.7(a)) | |
| --- | --- | --- | --- |
| EEOC Charge No. | | EEOC Representative | Telephone No. |
| 130-2005-05216 | | Murry A. Gosa,<br>Intake Supervisor | (205) 212-2119 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| [X] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| --- | --- |
| ☐ | Your allegations did not involve a disability as defined by the Americans with Disabilities Act. |
| ☐ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☐ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge. |
| ☐ | Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge. |
| ☐ | While reasonable efforts were made to locate you, we were not able to do so. |
| ☐ | You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged. |
| ☐ | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| ☐ | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☐ | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____          6-29-05
Bernice Williams-Kimbrough,                        (Date Mailed)
District Director

Enclosure(s)

cc: Susan Zanon
Director Human Resources
BIG LOTS STORES, INC.
300 Phillipi Road
Columbus, OH 43228

DEFENDANT'S
EXHIBIT
24