# EXHIBIT E

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

[ ] FEPA
[X] EEOC

130 2005 06801

_____ and EEOC

State or local Agency, if any

(Indicate Mr., Ms., Mrs.)

Ms. Autherine Croskey

HOME TELEPHONE (Include area code)
(334)281-1397    cell: 294-3221

STREET ADDRESS: 3646 Cloverdale Rd.
CITY, STATE AND ZIP CODE: Montgomery, AL 36111
DATE OF BIRTH: 2-13-56

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Big Lots Stores, Inc. | Over 500 | (614)278-6800 |

STREET ADDRESS: 300 Phillipi Road
CITY, STATE AND ZIP CODE: Columbus, Ohio 43228
COUNTY: Franklin

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):
[X] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] AGE
[ ] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST    LATEST
March 28-30, 2005
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See attached exhibits A and B.

SEP 1 2 2005

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I declare under penalty of perjury that the foregoing is true and correct.

Autherine Croskey
Date 9-12-05   Charging Party (Signature)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
Autherine Croskey

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS DATE (DAY, MONTH, AND YEAR)
Sept 12, 2005

EEOC FORM 5

DEFENDANT'S EXHIBIT

Before the Equal Employment Opportunity Commission
Birmingham District Office
Birmingham, Alabama

| | |
|---|---|
| Autherine Croskey, | ) |
| Charging Party, | ) |
| | ) Charge # |
| v. | ) |
| | ) |
| Big Lots Stores, Inc., | ) |
| | ) |
| Respondent. | ) |

SEP 1 9 2005

### Exhibit A

That Charging Party, Autherine Croskey, is a Black or African American female, over the age of nineteen, that was and is an employee of Big Lots Stores, Inc., Store 818 of Montgomery, Alabama during March 2005. (See associated cases of Nicole Taylor Reed, Barbara Martin and Lola Mae Abner).

That said Charging Party was supervised on March 28-30, 2005 by Michael Williams, a White or Caucasian male associate store manager and Jerry Culpepper, a White or Caucasian male, store manager. On said dates the Charging Party was subjected to race and sex discrimination and or a racially and sexually hostile environment at Big Lots, Store 818 in Montgomery, Alabama by acts of Michael Williams et al. in which he subjected said African American female employee to sexual and racial discrimination, and sexual and racial harassment by his ridicule, etc. of the Charging Party by using photographs, cartoon type pictures and captions that were defaming, intrusive and invasive of privacy and were racially and sexually harassing, etc. as per Exhibit B, attached, etc.

That management at Big Lots, Inc., Store 818, furthermore during the last 180 days has made many comments and statements of a racially and sexually harassing nature toward, about,

and to the Charging Party which has made it very difficult for her to accomplish her job assignments.

That on or about March 14, 2005 Mike Williams, a white male, the Associate Manager sexually discriminated and harassed me by sexually propositioning me by asking me "do you want to screw." When he made this statement he held in his hand a small metal screw.

That same day Mr. Williams made comments involving my breasts. He asked me "do you want some Jerry [Springer] beads." I was greatly offended at the comment because I knew that he was referencing the Jerry Springer show's efforts to get women to expose their breasts by giving them some "Jerry beads."

Also in early March 2005 Mr. Williams, while standing next to me made a racial and sexual remark when another woman went by, "I aint never seen a white woman with a real big butt."

That at approximately mid May 2005, Billy Pridgett, Assistant Manager, without my permission, put his arms around me and attempted to kiss me, saying "give me some sugar baby" when I was being forced up against the wall by him despite the fact I asked him to move more than once.

Mr. Pridgett, approximately late May 2005, in the back room one Thursday intentionally rubbed his body up against me with the front of his body below the waist rubbing up against my rear.

That Mr. Pridgett in mid June, on a truck day, when I was sitting relaxed on break in the back room, got close in my face and made an offensive circling motion with his lips near my lips and blew his breath in my face as he did that stating that was what his wife liked

2

That said race and sex discrimination and or said racially and or sexually hostile environment has substantially damaged the Charging Party by her having to experience mental anguish, damage to her reputation, lost wages, attorneys fees and costs, etc.

SEP 15 2005

3

**Exhibit B**



3/29/05














3/30/05



Lola Abner
CSS
888429
Store 818



Ms. Martin
Cashier
021709
Store 818



Nicole Taylor
Cashier
194649
Store 818



Mrs. Crosky
Stocker
948132
Store 818