UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTHERINE CROSKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| BIG LOTS STORES, INC., | ) 2:06-CV-00485-MHT |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**DEFENDANT BIG LOTS STORES, INC.'S
MOTION TO SUBMIT SUPPLEMENTAL AUTHORITY**

Defendant Big Lots Stores, Inc. ("Big Lots") hereby moves this Court to consider supplemental Eleventh Circuit authority, Baldwin v. Blue Cross/Blue Shield of Alabama, No. 05-15619 (11th Cir. Mar. 19, 2007),[1] in support of Big Lots' Motion for Summary Judgment. The Baldwin case was decided by the Eleventh Circuit Court of Appeals on March 19, 2007, several days after Big Lots filed its summary judgment motion in this case on March 16, 2007.

In Baldwin, the Eleventh Circuit affirmed summary judgment in favor of the defendant employer based on (1) the employer's prompt investigation and effective response to reports of alleged harassment; and (2) the plaintiff's failure to promptly report the allegedly harassing conduct. Baldwin, No. 05-15619, at 30, 32-38, 39-41. Plaintiff Autherine Croskey similarly failed to report all incidents of alleged harassment in accordance with Big Lots' preventive policies, and she conceded that Big Lots took effective action with respect to the single complaint of alleged harassment she did make. Consistent with the Eleventh Circuit's reasoning in Baldwin, Big Lots is not liable for any alleged harassment in this case and is entitled to

---

[1] A copy of the Baldwin decision is attached as Exhibit A.

summary judgment on Plaintiff's claims. Big Lots therefore respectfully asks the Court to consider this relevant supplemental authority in rendering its decision on Big Lots' Motion for Summary Judgment.

Respectfully submitted this 28th day of March, 2007.

                                      Stephen X. Munger
                                      Georgia Bar No. 529611
                                      Gregory L. Smith, Jr.
                                      Georgia Bar No. 658369
                                      JACKSON LEWIS LLP
                                      1900 Marquis One Tower
                                      245 Peachtree Center Avenue, N.E.
                                      Atlanta, Georgia 30303-1226
                                      Telephone:    404-525-8200
                                      Facsimile:    404-525-1173

LOCAL COUNSEL:            /s/ Joseph T. Carpenter
                                      Joseph T. Carpenter
                                      Alabama Bar No. 5114C59J
                                      CARPENTER, INGRAM & MOSHOLDER, LLP
                                      303 Sterling Centre
                                      4121 Carmichael Road
                                      Montgomery, Alabama 36106
                                      Telephone:    334-213-5600
                                      Facsimile:    334-213-5650

                                      ATTORNEYS FOR DEFENDANT
                                      BIG LOTS STORES, INC.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTHERINE CROSKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| BIG LOTS STORES, INC., | ) 2:06-CV-00485-MHT |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify I have served Plaintiff with the foregoing **DEFENDANT BIG LOTS STORES, INC.'S MOTION TO SUBMIT SUPPLEMENTAL DISCOVERY** by causing a copy to be sent via certified mail, return receipt requested, to:

> Autherine Croskey
> 3646 Cloverdale Road
> Montgomery, Alabama  36111

This 28th day of March, 2007.

> /s/ Joseph T. Carpenter
> Joseph T. Carpenter
> Alabama Bar No. 5114C59J