IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTHERINE CROSKEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv485-MHT |
| | ) |
| BIG LOTS STORES, INC., | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Now pending before the court is the March 28, 2007, motion for leave to file supplemental authority in support of the motion for summary judgment (doc. # 39) filed by the defendant. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 29th day of March, 2007.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE