IN THE UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 APR -3  P 2: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**AUTHERINE CROSKEY,**
    **Plaintiff,**
v.

          **2:06-CV00485-MHT**

**BIG LOTS STORES, INC.,**
    **Defendant.**

### AFFIDAVIT OF AUTHERINE CROSKEY

**STATE OF ALABAMA** )
**COUNTY OF MONTGOMERY** )

    Now comes Autherine Croskey, being first duly sworn, did depose and state as follows:

    1. That I have answered Plaintiff's Response to Interrogatories and same are true and correct.

    Further affiant sayeth not.

_____
Autherine Croskey

Done this 3rd day of April 2007.

**STATE OF ALABAMA** )
**COUNTY OF MONTGOMERY** )

    Before me, the undersigned Notary Public in and for said State and County aforesaid personally appeared **Autherine Croskey**, who is personally known to me and who, being by me first duly sworn, doth depose and say that she signed the above affidavit to the best of her knowledge, information and belief and with full understanding of its effect.

_____
Notary Public

My Commission Expires 2-6-10