IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTHERINE CROSKEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO.  2:06cv485-MHT |
| | )                   (WO) |
| BIG LOTS STORES, INC., | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

On June 7, 2007, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 42).  Upon an independent and de novo review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation of the Magistrate Judge (Doc. # 42) is ADOPTED;

2. That the defendant's motions for summary judgment (Doc. ## 33 & 36) are GRANTED;

3. That this case is DISMISSED with prejudice; and

4. That costs are TAXED against the plaintiff.

DONE, this the 9th day of July, 2007.

                                                            /s/  Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE