IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTHERINE CROSKEY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:06cv485-MHT |
| | )                    (WO) |
| BIG LOTS STORES, INC., | ) |
| | ) |
|    Defendant. | ) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions, and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendant and against the plaintiff, and that this action be and is hereby dismissed with prejudice.

DONE, this the 9th day of July, 2007.

                                                        /s/  Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE