## EXHIBIT A

**Photocopying Expenses – Document Production**

| No. | Document | Date Filed | Pages | Other Copies | Total Pages |
|---|---|---|---|---|---|
| 1. | Defendant Big Lots Stores, Inc.'s Answer to Plaintiff's Complaint | 06/21/06 | 10 | 1 | 10 |
| 2. | Defendant Big Lots Stores, Inc.'s Corporate Disclosure Statement | 06/21/06 | 3 | 1 | 3 |
| 3. | Motion for Admission Pro Hac Vice for Stephen X. Munger and Gregory L. Smith, Jr. | 06/22/06 | 6 | 1 | 6 |
| 4. | Defendant Big Lots Stores, Inc.'s Notice of Filing of Discovery Requests, Big Lots' First Set of Interrogatories, and First Request for Production of Documents | 07/25/06 | 51 | 1 | 51 |
| 5. | Notice of Deposition of Plaintiff Autherine Croskey | 08/14/06 | 3 | 1 | 3 |
| 6. | Defendant Big Lots Stores, Inc.'s First Requests for Production of Documents | 08/16/06 | 24 | 1 | 24 |
| 7. | Defendant Big Lots Stores, Inc.'s First Set of Interrogatories | 08/16/06 | 24 | 1 | 24 |
| 8. | Notice of Deposition of Plaintiff Autherine Croskey (with Proof of Personal Service) | 08/16/06 | 3 | 1 | 3 |
| 9. | Defendant's Initial Disclosures | 09/18/06 | 6 | 1 | 6 |
| 10. | Notice of Deposition of Autherine Croskey on 1/18/07 | 01/05/07 | 3 | 1 | 3 |
| 11. | Notice of Deposition of Autherine Croskey on 1/25/07 | 01/12/07 | 3 | 1 | 3 |
| 12. | Defendant's Motion for Summary Judgment | 03/22/07 | 3 | 1 | 3 |
| 13. | Defendant's Memorandum of Law in Support of Motion for Summary Judgment | 03/22/07 | 112 | 1 | 112 |
| 14. | Defendant's Statement of Undisputed Material Facts | 03/22/07 | 154 | 1 | 154 |
| 15. | Defendant's Motion to Submit Supplemental Authority and Exhibits | 03/28/07 | 48 | 1 | 48 |
| | | | | **TOTAL PAGES:** | 453 |
| | | | | **TOTAL COST:** (453 pages at 20¢ per page) | $90.60 |