## EXHIBIT B

**Payment for Subpoenaed Documents and Process Server**

| No. | Payment Request From | Document | Payment Requested | Amount Tendered |
|---|---|---|---|---|
| 1 | Southern Records Management Corp | Subpoenaed Medical Records | $154.81 | $154.81 |
| 2 | ChartONE, Inc. | Subpoenaed Medical Records | $28.35 | $28.35 |
| 3 | Central Alabama Investigations | Process Server | $66.00 | $66.00 |

**Total** **$249.16**

Southern Records Management Corp
Suite 205
1340 Old Chain Bridge Road
McLean, VA  22101

FEDERAL ID NUMBER: 62-1870109

01/09/07

JACKSON LEWIS
ATTN:  GREGORY L SMITH
1900 MARQUIS ONE TOWER
245 PEACHTREE CENTER AVE, NE
ATLANTA, GA  30303-1226

Enclosed are the medical records you requested from
Baptist Medical Center - South.

Please make your check payable to **Southern Records Management Corp**
and send it to the above address. **DO NOT** send payment to the
medical facility.

Be sure to write the **request number** on your check or return
a copy of this invoice with your payment.

**AUTHERINE CROSKEY**    MR#:195706   Request #39515

INVOICED: 01/09/07    INVOICE: **BHS-0701-98**   PRINTED: 01/09/07

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| Notary Fee | 1 | $ 12.00 | $ 12.00 |
| Detailed Bill | 1 | $ 10.00 | $ 10.00 |
| Copy Charge > 25 Pages | 169 | $ 0.50 | $ 84.50 |
| Copy Charge First 25 Pgs | 25 | $ 1.00 | $ 25.00 |
| Retrieval Fee | 1 | $ 5.00 | $ 5.00 |
| Postage & Handling | | | $ 7.36 |
| | | Subtotal | $ 143.86 |
| | | Sales Tax | $ 10.95 |
| | | Total | $ 154.81 |
| | | **Balance Due** | $ 154.81 |

Billing Questions: (703) 356-7969      Request Questions: (334) 394-2355

SUBPOENA; ANY_AND_ALL

**ChartONE, Inc.**
P.O. Box 152472, Irving, TX 75015-2472 (800)299-8694

# INVOICE

Invoice Number:    361123- -110167                                    Date:   11/30/2006
Medical Record Number: 13371

Dear Valued Requester:

Per your request, enclosed are the medical records forwarded from Health Services Inc, Montgomery, AL.

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE. A service charge of 1.5% per month (annual rate 18%), except Michigan state, will be charged if not paid within 30 days from the date of this invoice.
Please detach the bottom portion of this invoice and return with your remittance to ChartONE, Inc. to ensure proper credit.

Comments:

| Requested by: | Please make check payable to: |
|---|---|
| Medical Records:<br>JACKSON LEWIS ATTORNEY AT<br><br>1900 MARQUIS ONE TOWER<br>245 PEACHTREE CTR AVE<br>ATLANTA, GA 30303<br>(404)525-8200- | ChartONE, Inc.<br>P.O. Box 152472<br>Irving, TX 75015-2472<br>(800)299-8694<br>Federal Tax ID# 94-3360691 |

| | | |
|---|---|---|
| Patient: AUTHERINE CROSKEY | Base Fee: | 5.00 |
| Category: Accident | Page Fee: | 20.00 |
| SSN: XXX-XX-8132 | Shipping: | 1.35 |
| Birth Date: 02/13/1956 | Handling: | 0.00 |
| Admission Date:  / / | Itemized: | 0.00 |
| Requester ID: | Tax: | 2.00 |
| Other ID: | Adjustment: | 0.00 |
| TDN/VPN: | Pre-Payment: | 0.00 |
| Paper Pages:      20 | | |
| Microfiche Pages:    0 | Total Due: | 28.35 |
| Computer Pages:    0 | | |

**Please return this portion with your payment payable to:** _____

ChartONE, Inc.                                Date: 11/30/2006
P.O. Box 152472                               Invoice: 361123-1-110167
Irving, TX 75015-2472                         Patient: AUTHERINE CROSKEY
                                              Hospital: Health Services Inc, Montgomery AL

Please check box [ ] if cardholder's billing address is different than requester's address and note on the reverse side of this remittance slip.

JACKSON LEWIS ATTORNEY AT

1900 MARQUIS ONE TOWER
245 PEACHTREE CTR AVE
ATLANTA, GA 30303

Mastercard [ ]     Visa [ ]
Card #_____
Exp. Date_____
Name/Signature (Cardholder):_____
Contact Phone:_____
Total Payment:_____

## Central Alabama Investigations

Toby Horne
Post Office Box 240831
Montgomery, Alabama 36124
(334) 277-8945

| Client Name | Client Number | Date Traveled | Purpose | Mileage |
|---|---|---|---|---|
| Croskey v. Big Lots | 06-35 | 8/20/06 | Process Serve "1" | |
| | | | Each Mile | |
| | | | Total Mileage Fee | N/A |
| | | | Hourly Rate | $66.00 |
| | | | Hours Worked/Preparation | X 1 hr |
| | | | Total Hourly Fee | $66.00 |
| | | | TOTAL | $66.00 |