## EXHIBIT C

**Payment for Deposition Fees**

| No. | Payment Request From | Document | Payment Requested | Amount Tendered |
|---|---|---|---|---|
| 1 | LegalLink, Inc. | Deposition Transcript of Autherine Croskey and Court Reporter Appearance Fee | $1,379.05 | $1,379.05 |

**Total**　　$1,379.05

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS

1933 Richard Arrington Jr. Boulevard S  
Birmingham, AL 35209  
Phone: (205) 251-4200  
Fax: (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11053400 | 01/31/2007 | 1101-51926 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/25/2007 | GRAYKE | |

| CASE CAPTION |
|---|
| Autherine Croskey vs. Big Lots |

| TERMS |
|---|
| Immediate |

Gregory L. Smith, Jr.  
Jackson Lewis, L.L.P.  
1900 Marquis One Tower  
245 Peachtree Center Avenue, N.E.  
Atlanta, GA 30303

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Autherine Crosky                  346 Pages @      3.05/Page       1,055.30
        EXHIBITS                      167 Pages @       .35/Page          58.45
        ATTENDANCE                                                       100.00
        TotalTranscript                                                   40.00
        Exhibit Tabs                   30.00      @        .20             6.00
        Word Index                     26.00      @       3.05            79.30
        Processing Fee                                                    15.00
        Delivery Non-Local                                                 25.00

                                         TOTAL    DUE   >>>>           1,379.05

This is the ReBilled Invoice.  The Original Invoice # is: 11053387

Thank you, we appreciate your business!
```

TAX ID NO. : 20-2665382                                                                 (404) 525-8200

*Please detach bottom portion and return with payment.*

---

Gregory L. Smith, Jr.  
Jackson Lewis, L.L.P.  
1900 Marquis One Tower  
245 Peachtree Center Avenue, N.E.  
Atlanta, GA 30303

Invoice No.: 11053400  
Date       : 01/31/2007  
TOTAL DUE  : 1,379.05

Job No.  : 1101-51926  
Case No. :  
Autherine Croskey vs. Big Lots

Remit To: LegaLink, Inc.  
PO Box 538477  
Atlanta, GA 30353-8477